```
 1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2                          MIAMI DIVISION
                     CASE NO.  21-CR-20324-JEM
 3

 4   UNITED STATES OF AMERICA,

 5                 Plaintiff,

 6        vs.

 7                                        Miami, Florida
                                          February 28, 2022
 8   CARLOS RAFAEL SAEZ DORTA and         Pages 1-36
     VERONICA RAMOS HERNANDEZ,
 9
                   Defendants.
10   _____

11                   TRANSCRIPT OF JURY TRIAL
                     TESTIMONY OF MARY TEJADA
12            BEFORE THE HONORABLE JOSE E. MARTINEZ
                   UNITED STATES DISTRICT JUDGE
13   APPEARANCES:
     FOR THE PLAINTIFF:
14                        United States Attorney's Office
                          BY:  SHANNON KELLEY SHAW, A.U.S.A.
15                        BY:  STEPHANIE L. HAUSER, A.U.S.A.
                          99 Northeast Fourth Street
16                        Miami,  Florida 33132

17   FOR THE DEFENDANT(s)
                          Bell Rosquete Reyes Esteban
18                        BY:  HENRY BELL, ESQ.
                          999 Ponce de Leon Boulevard
19                        Suite 1120
                          Coral Gables, Florida 33134
20
                          The Law Office of Erick Cruz
21                        BY:  ERICK CRUZ, ESQ.
                          1108 Ponce de Leon Boulevard
22                        Coral Gables, Florida 33134

23   REPORTED BY:         DAWN M. SAVINO, R.P.R., C.R.R.
                          Official Federal Court Stenographer
24                        400 N. Miami Avenue, 10S03
                          Miami, Florida  33128
25                        Telephone: 305-523-5598
```

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

```
         1
         2                            * * * * *
3:34:04  3              THE COURT:  Please call your first witness.
3:34:06  4              You may be seated.
3:34:11  5              MS. HAUSER:  The United States calls Mary Tejada.
3:34:11  6              THE COURT:  All right.  Please remain standing, Ms.
         7     Tejada.  Raise your right hand.
3:34:11  8               MARY TEJADA, GOVERNMENT WITNESS, SWORN
3:34:20  9              THE COURT:  Please be seated.  Get as close to -- you
        10     may take your mask off while you're behind the plexiglass.
        11              Speak loudly, tell us your name, and spell it.
3:34:31 12              THE WITNESS:  Mary Tejada.  M-A-R-Y, T-E-J-A-D-A.
3:34:34 13              THE COURT:  You may proceed.
3:34:35 14              MS. HAUSER:  Thank you, Your Honor.
3:34:35 15                           DIRECT EXAMINATION
3:34:35 16     BY MS. HAUSER:
3:34:38 17     Q.  Ms. Tejada, where are you employed?
3:34:40 18     A.  Blue Cross Blue Shield of Florida.
3:34:41 19     Q.  What is your position there?
3:34:44 20     A.  I'm a senior investigator in the special investigations
        21     unit.
3:34:47 22     Q.  How long have you been a senior investigator?
3:34:51 23     A.  15 years, and in the company for 23 years.
3:34:53 24     Q.  What are your duties and responsibilities as a senior
        25     investigator?
```

3:35:00  1    A.   I investigate allegations of fraud and abuse.

3:35:04  2    Q.   And as a senior investigator with Blue Cross Blue Shield,

       3    are you familiar with the different types of health insurance

       4    plans that Blue Cross Blue Shield offers?

3:35:11  5    A.   Yes.

3:35:14  6    Q.   Are you familiar with how a healthcare provider registers

       7    with Blue Cross and Blue Shield?

3:35:17  8    A.   Yes.

3:35:20  9    Q.   And additionally, are you familiar with how Blue Cross Blue

      10    Shield receives, collects and stores billing data?

3:35:25 11    A.   Yes.

3:35:29 12    Q.   Let's first talk about the different types of health

      13    insurance plans that Blue Cross Blue Shield offers.  Are you

      14    familiar with a type of plan called an Administrative Services

      15    Only Plan or ASO?

3:35:38 16    A.   Yes.

3:35:40 17    Q.   What is that?

3:35:48 18    A.   So an ASO are large groups, our Comcast, AT&T.  ASO groups,

      19    they pay for their employee's benefits, then they pay a fee to

      20    Blue Cross Blue Shield to administer the services.  Those

      21    members traveling or living in the -- in different states can

      22    receive services here in the state of Florida.

3:36:09 23    Q.   And when you just said they pay for the services and then

      24    they pay a fee to Blue Cross Blue Shield, who is the "they"

      25    there?

3:36:18  1    A.   The employer, the actual employer, like Comcast or AT&T.

2    They pay for their employee's benefits.

3:36:25  3    Q.   Okay.  And in your experience, what types of companies would

4    utilize an administrative services only plan offered by Blue

5    Cross Blue Shield?

3:36:35  6    A.   Non-Par providers.

3:36:37  7    Q.   I'm sorry.  I'm talking about what -- not providers, what

8    type of employment companies would utilize those types of plans?

3:36:46  9    A.   The large organization groups like Comcast, AT&T, Walmart,

10    Target, to name a few.

3:36:53  11    Q.   Okay.  And you just mentioned Non-Par providers.  So let's

12    talk about the different types of providers that Blue Cross Blue

13    Shield works with.  Are you familiar with providers that are

14    considered to be participating providers and non-participating

15    providers?

3:37:05  16    A.   Yes.

3:37:08  17    Q.   Okay.  Let's first talk about participating.  What are

18    participating providers with Blue Cross Blue Shield?

3:37:12  19    A.   So a participating provider with Blue Cross Blue Shield is a

20    provider that's within our network.  They have a contract

21    agreement with Blue Cross Blue Shield.  They are in our provider

22    directories, and they agree with the lower fees for services to

23    participate.

3:37:28  24    Q.   And to be clear we're talking about providers, we're not

25    talking about the employer; is that right?

3:37:32  1   A.   Right.  We're talking about a physician, a provider.

3:37:36  2   Q.   Okay.  So what types of companies would be healthcare

         3   providers with Blue Cross Blue Shield?

3:37:42  4   A.   Clinics, hospitals, pharmacies.

3:37:45  5   Q.   Okay.  And so can you please tell the jury what a

         6   non-participating provider is?

3:37:51  7   A.   A non-participating provider does not have a contract

         8   agreement with Blue Cross and Blue Shield, they're considered

         9   out of network.

3:37:59  10  Q.   And is there a difference in the way that Blue Cross Blue

         11  Shield pays members' benefits, whether it's a participating

         12  provide or a non-participating provider?

3:38:08  13  A.   Yes.  For a participating providers, they agree in their

         14  contract to the lower fees, and a non-participating provider

         15  gets reimbursed at 100% of those charges.

3:38:21  16  Q.   In your experience as a senior investigator at Blue Cross

         17  Blue Shield, do you tend to see a difference in the number of

         18  patients that a participating provider would have versus a

         19  non-participating provider?

3:38:34  20  A.   A non-participating provider would be less because you have

         21  more of an out-of-pocket expense than going to a participating

         22  provider that you pay less.

3:38:47  23  Q.   Can you explain that for the jury?  What do you mean that

         24  there would be increased out-of-pocket expense for

         25  non-participating providers?

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

3:38:56  1   A.  When you go to a participating provider, you don't have a

         2   lot of co-payments, deductible.  When you go to an

         3   out-of-network provider, you have to pay more out-of-pocket.

3:39:13  4   Q.  What is the registration process for a healthcare provider

         5   to become a non-participating provider with Blue Cross Blue

         6   Shield?

3:39:21  7   A.  There's a registration process that you have to fill out.

         8   It takes 14 days.  You submit the paperwork through our Availity

         9   software, which is pretty much the system that we use to

        10   communicate with our providers, and there's particular forms

        11   that they have to fill out and provide information.

3:39:44 12   Q.  Does a healthcare provider that wants to register as a

        13   non-participating provider with Blue Cross Blue Shield need any

        14   sort of identification numbers before they can do so?

3:39:56 15   A.  Yes.  They need to have a national provider identifier

        16   that's registered through the state and tax ID.

3:40:04 17   Q.  Is there any other information that a healthcare provider

        18   would need to provide to Blue Cross Blue Shield as part of this

        19   registration?

3:40:14 20   A.  Their identification, IDs.

3:40:22 21   Q.  And once a provider has registered to be a non-preferred

        22   provider with Blue Cross Blue Shield, does Blue Cross Blue

        23   Shield then assign any sort of identification number to that

        24   provider?

3:40:33 25   A.  Yes, once they go through the registration process and all

the information that we request is in the application, then they

get a provider number and they'll be able to provide services

3:40:43   and that number will be unique to them.

3:40:45   Q.   And does Blue Cross Blue Shield call that number something

in particular?

3:40:48   A.   Yes, a provider number.

3:40:52   Q.   Okay.  You mentioned something called the -- what's it

called?  Availity?

3:40:55   A.   Availity.

3:40:56   Q.   What is Availity?

3:41:02   A.   Availity is the actual program that the providers use, once

they get the provider number to submit the documentation, to

check eligibility on members, documents -- if they need to

submit documents, claims information.  So it's a software where

we communicate, the provider, communicates with Blue Cross Blue

Shield.

3:41:20   Q.   And can a provider submit registration materials through

Availity?

3:41:23   A.   Yes.

3:41:28   Q.   And does an individual who works for the provider have to

register to get some sort of user name with Availity?

3:41:33   A.   Yes.

3:41:37   Q.   And can there be more than one individual associated with a

particular provider through Availity?

3:41:41   A.   There could be multiple, yeah.

3:41:44   1    Q.   Does Blue Cross Blue Shield refer to the individuals

          2    associated with providers through Availity as anything in

          3    particular?

3:41:50   4    A.   Administrative.

3:41:52   5    Q.   Okay.   So they're called administrative users?

3:41:53   6    A.   Yeah.

3:41:57   7    Q.   All right.   I'm going to show you what's been marked for

          8    identification as Exhibit Number 1 D.

3:42:03   9              MS. HAUSER:   And at this time, Your Honor, I've

          10   conferred with defense and there's no objection to this exhibit

          11   being offered into evidence, so the Government would move it at

          12   this time.

3:42:11   13             THE COURT:   What is it?

3:42:14   14             MS. HAUSER:   It's Exhibit 1 D.

3:42:16   15             THE COURT:   1 D is admitted in evidence without

          16   objection.

3:42:17   17             (Government's Exhibit 1 D in evidence)

3:42:18   18             MS. HAUSER:   And just for a matter of efficiency, we

          19   conferred and we'll be moving in Exhibits 1 A, 1 A A, 1 A A A, 1

          20   B, 1 C, 1 D, 1 E, 2, and then 31 A through 31 I, all without

          21   objection.

3:42:47   22             THE COURT:   All right.

3:42:50   23             MR. CRUZ:   That's correct, Your Honor.

3:42:54   24             THE COURT:   All right.   1 A, 1 double A, 1 triple A, 1

          25   B, C, D, E, 2, and 31 A through what did you say?

3:43:03  1           MS. HAUSER:  I.

3:43:05  2           THE COURT:  A through I, they are admitted in evidence

3            without objection.

3:43:07  4           MS. HAUSER:  Thank you, Your Honor.

3:43:07  5           (Government's 1 A, 1 A A, 1 A A A, 1 B-E, 2 and 31 A-I

6            in evidence)

3:43:09  7           MS. HAUSER:  May I publish to the jury through my

8            computer?

3:43:14  9           THE COURT:  You may.

3:43:14  10          MS. HAUSER:  I'm on the HDMI connection.

3:43:17  11          THE COURT:  I don't do that.  Someone else does.

3:43:23  12          MS. HAUSER:  I know.  I was telling Dawn.  Thank you.

3:43:23  13       BY MS. HAUSER:

3:43:29  14  Q.  Ms. Tejada, I'm showing you Exhibit 1 D.  Do you recognize

15       what this is?

3:43:31  16  A.  Yes.

3:43:31  17  Q.  What is it?

3:43:36  18  A.  That is the Availity software that we use.

3:43:43  19  Q.  Okay.  And this is a screenshot of what the screens would

20       look like?

3:43:44  21  A.  Correct.

3:43:46  22  Q.  And what does this particular screenshot showing?

3:43:49  23  A.  This is showing the clinic, Polyclinic Healthcare Corp, and

24       the administrator for the clinic on file.

3:43:57  25  Q.  And from looking at the screen, can you tell who the

            1   identified administrator is for Polyclinic Healthcare Corp?
3:44:01     2   A.  Yes.
3:44:01     3   Q.  Who is that?
3:44:03     4   A.  Veronica Ramos.
3:44:10     5   Q.  And by looking at this screen from Availity, can you tell
            6   when Veronica Ramos was associated as the administrator for
            7   Polyclinic?
3:44:18     8   A.  Yes.  October 16, 2018.
3:44:21     9   Q.  In order for an administrator to access the Availity
           10   database, is this password protected?  The login?
3:44:26    11   A.  Yes.
3:44:30    12   Q.  Okay.  And once someone has logged in to the Availity
           13   database as an administrative user, are they able to access
           14   historic claims data that has been submitted on behalf of their
           15   company?
3:44:45    16   A.  Yes, they're able to see claims, yes.
3:44:52    17       MS. HAUSER:  I'm making this a little bit bigger for
           18   the jury.  I see people squinting.
3:44:55    19       BY MS. HAUSER:
3:44:59    20   Q.  By looking at the screen in Availity, does it show that
           21   anyone else other than Veronica Ramos is associated as the
           22   administrative user for Polyclinic?
3:45:05    23   A.  No.
3:45:22    24   Q.  Showing you now Exhibit 1 A.  Do you recognize this?
3:45:23    25   A.  Yes.

3:45:24   1    Q.  And what is this?

3:45:30   2    A.  That is a registration form.  Provider registration update

          3    form.

3:45:36   4    Q.  What is a form like this used for by Blue Cross Blue Shield?

3:45:40   5    A.  To register with Blue Cross Blue Shield for provider number

          6    or if they're already a provider number and there's any changes

          7    in the clinic, they go in through Availity and they update, they

          8    submit this form, update my information.

3:45:59   9    Q.  And so looking at this form, can you tell which provider

          10   used this to update its information with Blue Cross Blue Shield?

3:46:05   11   A.  Yes.  Polyclinic Healthcare Corp.

3:46:10   12   Q.  And can you tell who the contact person is for Polyclinic?

3:46:10   13   A.  Yes.

3:46:11   14   Q.  Who is that?

3:46:12   15   A.  Veronica Ramos.

3:46:23   16   Q.  And when someone updates information with Blue Cross Blue

          17   Shield on behalf of their clinic, do they have to sign or make

          18   any certifications when they do so?

3:46:31   19   A.  Yes, they do.

3:46:34   20   Q.  Okay.  So if I scroll toward the bottom of the second page

          21   of this Exhibit 1 A, can we see here who it was that confirmed

          22   and attested the information in this user record?

3:46:43   23   A.  Yes.

3:46:45   24   Q.  And who is that?

3:46:46   25   A.  Veronica Ramos.

3:46:53  1   Q.  And above where it says Veronica Ramos, if we look at

2   Paragraph 4, this is the top of the second page of this exhibit

3   can you please read what it says there?

3:47:04  4   A.  I will not knowingly present or cause to be presented a

5   false or fraudulent claim for payment to plan by Medicare or

6   Medicaid, and I will not submit claims with deliberate ignorance

7   or reckless regard to their truth or falsify -- ty.

3:47:24  8   Q.  And is this a certification that administrative users on

9   behalf of clinics have to make whenever they really provide any

10  information to Blue Cross Blue Shield through Availity?

3:47:32  11  A.  Yes.

3:47:39  12  Q.  I'm going to show you Exhibit 1 A A.  Again, do you

13  recognize this form?

3:47:41  14  A.  Yes.

3:47:44  15  Q.  And is this a similar update my information form with Blue

16  Cross Blue Shield?

3:47:46  17  A.  Yes.

3:47:51  18  Q.  And can you tell by looking at this which healthcare

19  provider submitted the information here?

3:47:57  20  A.  Polyclinic Healthcare Corp.

3:48:04  21  Q.  And again, if we scroll to the bottom of this document, the

22  end of the second page, do you see who confirmed and attested to

23  the information when this firm was submitted?

3:48:12  24  A.  Correct.

3:48:13  25  Q.  Who is that?

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

3:48:13   1   A.  Veronica Ramos.

3:48:29   2   Q.  Okay.  Now, I'm showing you Exhibit 1 A A A.  3 A's.  Is

          3   this the same type of update my information form?

3:48:32   4   A.  Yes.

3:48:38   5   Q.  Okay.  And here at the top it says provider staff list and

          6   affiliations.  Do you know what that means?

3:48:46   7   A.  These are the providers that are within Polyclinic providing

          8   services as well.

3:48:52   9   Q.  Okay.  And so from Blue Cross Blue Shield's perspective,

         10   what is the purpose of receiving information like this?

3:48:58  11   A.  So we can know who else is going to be rendering services to

         12   our members.

3:49:07  13   Q.  Okay.  And again, if we scroll to the bottom of this, can

         14   you tell who submitted this information to Blue Cross Blue

         15   Shield?

3:49:12  16   A.  Yes.

3:49:13  17   Q.  And who is that?

3:49:15  18   A.  Veronica Ramos.

3:49:24  19   Q.  I'm going to show you now Exhibit 1 E.  Do you recognize

         20   this document?

3:49:26  21   A.  Yes.

3:49:31  22   Q.  And was this a document that was submitted to Blue Cross

         23   Blue Shield?

3:49:33  24   A.  Yes.

3:49:37  25   Q.  Okay.  And what does this appear to be to you?

3:49:39  1   A.  A lease agreement.

3:49:41  2   Q.  Okay.  For which company?

3:49:42  3   A.  Polyclinic Healthcare Corp.

3:49:49  4   Q.  Okay.  Is this information that Blue Cross Blue Shield

5   typically requires from its providers?

3:49:54  6   A.  It's my understanding it's not.

3:49:57  7   Q.  Okay.  But you know as a senior investigator with Blue Cross

8   Blue Shield that this document was provided to Blue Cross Blue

9   Shield?

3:50:05  10   A.  That was part of the registrations documents to us.

3:50:09  11   Q.  Okay.  I want to talk about the submission of claims to Blue

12   Cross Blue Shield.  What is the actual claim submission process?

3:50:22  13   A.  Whenever a patient goes for services, the physician has to

14   fill out a CMS 1500 form providing the services that you were

15   treated for, where the services took place, what was the

16   procedure codes that the member had, the diagnosis, and then

17   they submit that through Availity to Blue Cross Blue Shield for

18   reimbursement.

3:50:49  19   Q.  Are there any sort of representations that are made in

20   connection with submitting a claim to Blue Cross Blue Shield?

3:50:56  21   A.  They have to make sure they meet medical necessity.

3:50:57  22   Q.  Okay.  What does that mean?

3:50:59  23   A.  That the services were rendered and the procedure and the

24   diagnosis was what the patient needed to get to get treated.

3:51:07  25   Q.  Okay.  And does Blue Cross Blue Shield rely on the

1   information that's provided through the claims that are

2   submitted?

3:51:11   3   A.   Yes.

3:51:17   4   Q.   I'm going to show you Exhibit 2.  Do you recognize this

5   document?

3:51:18   6   A.   Yes.

3:51:19   7   Q.   What is this?

3:51:22   8   A.   That's the CMS 1500 form.

3:51:26   9   Q.   Okay.  Is this a standard form that Blue Cross Blue Shield

10   uses for the submission of claims?

3:51:31   11   A.   That's what the provider has to submit to Blue Cross Blue

12   Shield, yes.

3:51:36   13   Q.   Okay.  And can this form be submitted electronically through

14   Availity?

3:51:38   15   A.   Yes.

3:51:40   16   Q.   Are you familiar with something called a superbill?

3:51:41   17   A.   Yes.

3:51:41   18   Q.   What is that?

3:51:46   19   A.   A superbill is what the doctors fill out with the procedure

20   codes, the diagnosis, and they submit that and then it gets

21   generated through a 1500 form so the doctor could get

22   reimbursed.

3:52:05   23   Q.   Okay.  So walk through the process.  The superbill, is that

24   what is submitted to Blue Cross Blue Shield or something else

25   is?

3:52:13  1   A.  The CMS 1500 form that's on the screen is what's submitted

2   to Blue Cross Blue Shield.

3:52:17  3   Q.  Okay.  Are you familiar with something called a clearing

4   house company?

3:52:18  5   A.  Yes.

3:52:20  6   Q.  What is that?

3:52:28  7   A.  They're third party administrators, they do billing for

8   clinics.

3:52:33  9   Q.  So if a clinic provides a superbill to a clearing house,

10   would the clearing house then be the ones who submit a claim

11   form like this to the insurance company?

3:52:39  12   A.  Yes.

3:53:09  13   Q.  Okay.  I'm going to show you Exhibit 1 B.  Do you recognize

14   this spreadsheet?

3:53:11  15   A.  Yes.

3:53:11  16   Q.  What is this?

3:53:16  17   A.  That is the data report that was reflecting the claims that

18   were submitted to Florida Blue from Polyclinic Healthcare.

3:53:24  19   Q.  Okay.  Can you explain to the jury how this form or

20   spreadsheet was generated?

3:53:28  21   A.  So once the claim form is submitted to Blue Cross Blue

22   Shield, it goes through our EDW which is our database,

23   Enterprise Data Warehouse, where we store all our data and they

24   submit it with their unique number that we assign to them.  So

25   this was submitted to us from Polyclinic.

3:53:51  1   Q.  Okay.  And does this represent all of the claims data that

2   was submitted to Florida Blue from Polyclinic?

3:53:55  3   A.  Yes.

3:54:02  4   Q.  Okay.  I want to go through just some of the columns in this

5   spreadsheet.

3:54:05  6   A.  Okay.

3:54:08  7   Q.  Column B, what does this mean?

3:54:12  8   A.  That was the provider that provided the services to our

9   member.

3:54:17  10  Q.  So this is all coming from Polyclinic; is that right?

3:54:18  11  A.  Correct.  Polyclinic.

3:54:22  12  Q.  Okay.  So in Column B, the provider name, who are the

13  individual people listed in that column?

3:54:32  14  A.  The providers within Polyclinic that rendered services to

15  our member.

3:54:36  16  Q.  Okay.  So those would be like individual medical

17  professionals?

3:54:38  18  A.  Medical professionals, yes.

3:54:46  19  Q.  Okay.  And if we look over in Column F it says bill prov

20  name.  What does that mean?

3:54:52  21  A.  That's the provider, Polyclinic, who submitted for payment

22  and where the services took place.

3:55:07  23  Q.  Okay.  If we look in Columns S and T, we see a couple of

24  names there.  What do those columns represent?

3:55:13  25  A.  The patient's first name and the patient's last name.

3:55:15  1    Q.  And in Column U?

3:55:17  2    A.  The date of birth of the patient.

3:55:25  3    Q.  And what is in Column A A?

3:55:28  4    A.  The claim that was generated from Blue Cross Blue Shield for

         5    that date of service.

3:55:34  6    Q.  Does each claim have a unique claim number?

3:55:35  7    A.  Yes.

3:55:38  8    Q.  And that is what is reflected in Column A A?

3:55:40  9    A.  Correct.

3:55:48  10   Q.  And if we look in Column A D and A E, we see begin date and

         11   end date.  What do those columns represent?

3:55:53  12   A.  The date of service that the patient, that the member was

         13   treated.

3:56:02  14   Q.  Directly to the right of that, in Columns A F and A G, we

         15   see two other headings that say begin date and end date, but

         16   there's an H in front of that.  What do those dates indicate?

3:56:12  17   A.  That's the header, the front of the claim form.

3:56:15  18   Q.  Is it possible to submit claims for multiple dates on the

         19   same claim form?

3:56:16  20   A.  Yes.

3:56:22  21   Q.  Okay.  And so here if we look at the dates in A F and A G,

         22   there could possibly be a range of dates there.

3:56:26  23   A.  Correct.

3:56:31  24   Q.  But the actual claim date of service would be in Column A D

         25   and A E; is that correct?

3:56:34   1    A.  Yes.

3:56:39   2    Q.  What is in Column A K where it says -- well it's an

          3    abbreviation at the header.

3:56:45   4    A.  That's the procedure code.

3:56:48   5    Q.  In A J.  What's in A K?

3:56:53   6    A.  A K is the procedure code, what was done to the patient and

          7    A J is the code, the unique code for that particular procedure.

3:57:03   8    Q.  Okay.  What is the unique code in A J used for?

3:57:10   9    A.  The procedure code, the actual code that's given for that

         10    description.

3:57:15  11    Q.  Okay.  Is that a code that's inputted and then used to

         12    generate the claims in billing?

3:57:18  13    A.  Yeah.

3:57:23  14    Q.  Okay.  So then what we see in A K, is this a description of

         15    the types of services that should have been rendered for that

         16    code?

3:57:28  17    A.  Correct.

3:57:35  18    Q.  Now, when Blue Cross Blue Shield's database is generating

         19    this information, where did all this information originate?

         20    Does it come from the provider?

3:57:47  21    A.  It comes from -- yeah, whatever is in the CMS 1500 form from

         22    the provider, yes.

3:57:57  23    Q.  Okay.  And if we look in Column A O, what is represented in

         24    this column?

3:58:00  25    A.  The diagnosis.

3:58:02  1   Q.   And what is that?

3:58:06  2   A.   What the patient, he was treated for, and what they diagnose

        3   him with the problem.

3:58:17  4   Q.   Now, we start to see a few numbers in the following columns.

        5   So starting with Column A P, which is headed with billing, what

        6   does that column represent?

3:58:29  7   A.   The total bill amount from the Polyclinic, how much they're

        8   billing for the service.

3:58:36  9   Q.   Okay.  So that's the total amount that they've claimed for a

       10   given service; is that right?

3:58:37 11   A.   Correct.

3:58:42 12   Q.   Now, what does the next Column A Q with the header allowed

       13   represent?

3:58:47 14   A.   What Florida Blue allows for that particular service.

3:58:53 15   Q.   So if we're looking at the first row here, which is actually

       16   row two, it says billing is 800, and allowed is 800.  What does

       17   that mean?

3:59:07 18   A.   That the provider will get paid 100%.  I mean $800, 100% of

       19   billed charges.

3:59:21 20   Q.   Okay.  I'm going to go down a row here.  If we're looking

       21   at, it's Row Number 3 of the spreadsheet, Column A P, under

       22   billing it says 800, then to the right under Column A Q under

       23   allowed it says 22,861.  What does that mean?  Why are those

       24   numbers different?

3:59:43 25   A.   Because there's out-of-pocket expense that the member's due.

|         |    |                                                                    |
|---------|----|--------------------------------------------------------------------|
|         | 1  | So that brings down the allowance.                                 |
| 3:59:49 | 2  | Q.   Okay.  And if we look at the column to the right, A R where    |
|         | 3  | it says co-pay, what is that?                                       |
| 3:59:55 | 4  | A.   That's an out-of-pocket expense.  If the members policy, you   |
|         | 5  | know, you have to pay a copayment, it will be in that column.       |
| 4:00:01 | 6  | Q.   Who is responsible for collecting the co-pay?                  |
| 4:00:05 | 7  | A.   The clinic, Polyclinic Healthcare.                             |
| 4:00:10 | 8  | Q.   And if we look at Column A S where it says deduct at the       |
|         | 9  | header, what does that column?                                     |
| 4:00:17 | 10 | A.   A deductible that has to be satisfied before Florida Blue,     |
|         | 11 | Blue Cross Blue Shield, can pay for the service.                    |
| 4:00:22 | 12 | Q.   When you say satisfied, satisfied by whom?                     |
| 4:00:23 | 13 | A.   By the member.                                                 |
| 4:00:27 | 14 | Q.   And who is responsible for collecting the deductible           |
|         | 15 | payment?                                                            |
| 4:00:29 | 16 | A.   The clinic.  Polyclinic.                                       |
| 4:00:32 | 17 | Q.   Does Blue Cross Blue Shield ever bill for or attempt to        |
|         | 18 | collect the deductible on behalf of the clinic?                     |
| 4:00:34 | 19 | A.   No.                                                            |
| 4:00:38 | 20 | Q.   And the column immediately to the right of that, A T says      |
|         | 21 | co-I-N-S.  What does that stand for?                                |
| 4:00:41 | 22 | A.   Co-insurance.                                                  |
| 4:00:43 | 23 | Q.   And what is co-insurance?                                      |
| 4:00:47 | 24 | A.   That's a percentage that the member is responsible to pay      |
|         | 25 | for the services that were provided.                               |

4:00:55  1   Q.  Again, the responsible to pay the co-insurance to who?

4:00:59  2   A.  The clinic.  Polyclinic in this case.

4:01:03  3   Q.  Does Blue Cross Blue Shield ever bill for or make any

        4   attempt to collect a co-insurance from a patient?

4:01:07  5   A.  No.

4:01:10  6   Q.  When we were talking about a little while ago the difference

        7   between preferred providers and non-preferred providers, I think

        8   you mentioned that the non-preferred had higher expenses or

        9   out-of-pocket expenses for the actual patients; is that right?

4:01:23 10   A.  Correct.

4:01:25 11   Q.  Okay.  Are these the type of expenses you're talking about,

       12   the co-pay, the deductibles and the co-insurance?

4:01:30 13   A.  Yes, out-of-pocket.

4:01:35 14   Q.  So in the ordinary course, is it the clinic that is supposed

       15   to be collecting this money from the patients?

4:01:37 16   A.  Correct.

4:01:42 17   Q.  And if we look at the spreadsheet here, I will spare the

       18   jury for most of this, because the spreadsheet is thousands of

       19   rows, but if we highlight at the top here, does this spreadsheet

       20   do an addition function?

4:01:55 21   A.  Yes.

4:01:59 22   Q.  Okay.  And so at the bottom of the screen here where it says

       23   sum, what does that represent?

4:02:05 24   A.  The sum of everything for that row added up.

4:02:09 25   Q.  Okay.  So here I've highlighted Column A S for deductible,

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

| | | |
|---|---|---|
| | 1 | and at the bottom of the screen it says $266,802.08. |
| 4:02:17 | 2 | A.   That is correct. |
| 4:02:20 | 3 | Q.   So is that the dollar amount of deductibles that Polyclinic |
| | 4 | was entitled to and should have collected from its patients? |
| 4:02:25 | 5 | A.   Correct. |
| 4:02:30 | 6 | Q.   And if I highlight Column A T which is labeled co-insurance, |
| | 7 | again at the bottom of the spreadsheet here where it says sum, |
| | 8 | the amount is $819,497.26; is that correct? |
| 4:02:42 | 9 | A.   That is correct. |
| 4:02:44 | 10 | Q.   What does that represent? |
| 4:02:48 | 11 | A.   What the member should have paid toward co-insurance. |
| 4:02:51 | 12 | Q.   Okay. |
| 4:02:56 | 13 | A.   Over all, all the members. |
| 4:03:00 | 14 | Q.   Now, the column to the right of that says paid, and that's |
| | 15 | Column A U, what does that represent? |
| 4:03:06 | 16 | A.   How much we actually paid Polyclinic. |
| 4:03:09 | 17 | Q.   When you say "we," you mean Blue Cross Blue Shield? |
| 4:03:11 | 18 | A.   I'm sorry, Blue Cross. |
| 4:03:15 | 19 | Q.   Sure.  So when we add up this column, again it gives a sum |
| | 20 | at the bottom of the screen; is that correct? |
| 4:03:21 | 21 | A.   Correct. |
| 4:03:27 | 22 | Q.   And I skipped this with Column A P which is billing.  Again, |
| | 23 | if we highlight this, there's a sum at the bottom of the screen |
| | 24 | there as well; is that correct? |
| 4:03:33 | 25 | A.   That is correct. |

| | | |
|---|---|---|
| 4:03:37 | 1 | Q.  And that total is about 8,583,785? |
| 4:03:37 | 2 | A.  Correct. |
| 4:03:46 | 3 | Q.  Now, Column A W says received, and then D T.  What does that |
| | 4 | mean? |
| 4:03:51 | 5 | A.  That's when we actually received the claim from -- Florida |
| | 6 | Blue received a claim from Polyclinic.  The date the claim was |
| | 7 | received. |
| 4:04:12 | 8 | Q.  Okay.  I'm going to show you a few other spreadsheets here. |
| | 9 | These are Exhibits 31 A through 31 I.  Okay.  So this is 31 A. |
| | 10 | Do you recognize this spreadsheet? |
| 4:04:53 | 11 | A.  Yes, I do. |
| 4:04:54 | 12 | Q.  And what is this? |
| 4:05:02 | 13 | A.  This is the individual claims for members that had services |
| | 14 | in Polyclinic, part of the overall data that was submitted to |
| | 15 | Florida Blue from Polyclinic. |
| 4:05:13 | 16 | Q.  Okay.  And if we scroll down in this spreadsheet, I have |
| | 17 | Columns S and T which you said is the member's first and last |
| | 18 | name. |
| 4:05:20 | 19 | A.  Correct. |
| 4:05:22 | 20 | Q.  We scroll down here, we see it's all for the same |
| | 21 | individual. |
| 4:05:25 | 22 | A.  Correct. |
| 4:05:30 | 23 | Q.  How was this spreadsheet created?  What data is in here? |
| 4:05:34 | 24 | A.  The overall data that was submitted from Polyclinic to Blue |
| | 25 | Cross Blue Shield. |

4:05:40  1   Q.  Okay.  But is it sorted to this particular individual?

4:05:43  2   A.  It's sorted to that particular individual, yes.

4:05:45  3   Q.  Okay.  But is all this data in this particular spreadsheet,

4   31 A, drawn from that larger spreadsheet that we just looked

5   over, but limited to this particular beneficiary?

4:05:50  6   A.  Correct.

4:06:07  7   Q.  Okay.  I'm going to show you Exhibit 1 C.  What is this?

4:06:11  8   A.  That's the total amount billed by category, specialty.

9   Overall data from Polyclinic submitted to us.

4:06:19  10  Q.  And the actual underlying data that makes up this pie chart,

11  where does that data come from?

4:06:25  12  A.  The actual data report, the claims that were submitted from

13  Polyclinic.

4:06:28  14  Q.  You're talking about that spreadsheet that we just looked

15  at?

4:06:29  16  A.  Yes.

4:06:35  17  Q.  And so what does this pie chart show -- well, first of all,

18  the time frame here says billed November 2018 through May 2021.

19  Does that represent the total time frame that Polyclinic was

20  billing to Blue Cross Blue Shield?

4:06:48  21  A.  Submitting the claims to Blue Cross Blue Shield, yes.

4:06:53  22  Q.  And this pie chart is split up into three different types of

23  categories.  What is durable medical equipment?

4:06:58  24  A.  Prosthetic, back brace.

4:07:04  25  Q.  Okay.  So here where it has the figure of $712,600, what

1   does that represent?

4:07:11   2   A.  How much they billed for DME, for durable medical equipment

3   services.

4:07:14   4   Q.  When you say that, you mean Polyclinic?

4:07:15   5   A.  Polyclinic.

4:07:19   6   Q.  So next to that there's a little orange sliver that says

7   office visits with the figure $177,325.  What does that

8   represent?

4:07:29   9   A.  How many office visits Polyclinic billed Blue Cross Blue

10  Shield.

4:07:34   11  Q.  And then the remainder, the bulk of this pie chart, says

12  physical therapy and there's a figure here of approximately $7.6

13  million.  What does that represent?

4:07:48   14  A.  How many services of physical therapy Polyclinic submitted

15  to Blue Cross Blue Shield.

4:07:51   16  Q.  Okay.  And this is all during the time frame of November

17  2018 through May 2021; is that right?

4:07:55   18  A.  Correct.

4:07:56   19          MS. HAUSER:  Okay.  I have no further questions.  Thank

20  you.

4:07:58   21          THE COURT:  Thank you.

4:08:03   22          THE COURT:  All right.  How long do you think your

23  cross-examination will go, folks?  Give me a hint.

4:08:10   24          MR. CRUZ:  15 minutes or so.

4:08:14   25          THE COURT:  Let's do it then.

```
4:08:17   1              MR. CRUZ:  Yeah.  Okay.

4:08:25   2                        CROSS-EXAMINATION

4:08:25   3         BY MR. CRUZ:

4:08:54   4     Q.  Good afternoon, Ms. Tejada.

4:08:54   5     A.  Good afternoon.

4:08:59   6     Q.  My name is Erick Cruz, and I represent Veronica Ramos.

          7              A couple questions here from your testimony.  You

          8     mentioned that Comcast is the ultimate payer.  Actually, I can

          9     take off my mask.

4:09:12  10              You mentioned that Comcast is the payer for these

         11     claims?

4:09:18  12     A.  Comcast pays for the employees' benefits.

4:09:23  13     Q.  Okay.  So then does Blue Cross and Blue Shield pay the claim

         14     and then they're reimbursed by the employer, the large employer?

4:09:34  15     A.  Comcast pays for the employees' benefits and we service the

         16     group.  So Comcast is paying for these services.

4:09:43  17     Q.  Okay.  So the money then to, in this case Polyclinic, comes

         18     from the employer, you know, Comcast, AT&T, whatever the case

         19     may be.

4:09:50  20     A.  Correct.

4:10:01  21     Q.  Okay.  So did Blue Cross and Blue Shield actually suffer a

         22     loss in this case?

4:10:06  23     A.  I don't understand the question.

4:10:11  24     Q.  Did Blue Cross and Blue Shield suffer a monetary loss?

4:10:19  25     A.  Blue Cross services that group, so we suffer a loss as well.
```

4:10:23  1    Q.  How does Blue Cross and Blue Shield suffer the loss?

4:10:26  2    A.  Because we service that group.

4:10:28  3    Q.  Okay, but is there a monetary loss to Blue Cross and Blue

4    Shield?

4:10:33  5    A.  I'm not understanding.

4:10:38  6    Q.  Okay.  Let me see because, maybe I got it wrong.  I thought

7    you said -- your testimony was that Comcast, or the employer,

8    I'm using Comcast, you know, just generally, that they're the

9    payers for the benefits, right?

4:10:51  10    A.  They pay for the members' benefits.

4:10:53  11    Q.  Okay.  When we're talking about benefits, we're talking

12    about payments for the medical care that's rendered, right?

4:10:58  13    A.  Correct.

4:11:05  14    Q.  Okay.  Blue Cross and Blue Shield basically does the

15    paperwork; is that right?

4:11:08  16    A.  We administer the group.

4:11:12  17    Q.  And by "administer the group," what does that mean?

4:11:17  18    A.  That's a little bit outside of my scope.  I don't feel

19    comfortable answering that.

4:11:20  20    Q.  Okay.  That's fair enough.  So then when I ask you did Blue

21    Cross and Blue Shield suffer a monetary loss, can you say for

22    certain one way or the other?

4:11:30  23    A.  I don't feel comfortable answering that.

4:11:41  24    Q.  Okay.  We covered a little bit on the spreadsheets about the

25    allowed amount, right?  So that's the amount that Blue Cross and

1    Blue Shield is willing to pay for any particular service, right?

4:11:48  2    A.  Correct.

4:11:54  3    Q.  Is that allowed amount published to the providers

4    specifically?

4:11:58  5    A.  What do you mean "published"?

4:12:01  6    Q.  In other words, let's say just, generally speaking, an

7    x-ray, Blue Cross and Blue Shield is going to pay $50.  Is that

8    amount published to the medical providers to the clinics?

4:12:21  9    A.  They go by the Medicare allowance, so I'm not familiar with

10    if they're published to the providers or not.

4:12:27  11    Q.  Okay.  And what I'm trying to get at is in other words, does

12    the clinic know what they're going to get paid ahead of time or

13    do they just submit a bill and then, you know, we'll see what

14    you pay?

4:12:40  15    A.  Non-participating providers will know that they're going to

16    get paid at allowed amount.  Charge.

4:12:45  17    Q.  So the participating -- I'm sorry --

4:12:46  18    A.  The non-participating.

4:12:50  19    Q.  The non-participating providers will know what the allowed

20    amount is.

4:12:52  21    A.  I believe so.

4:12:55  22    Q.  Yeah.  Okay.  Great.

4:13:03  23        Now, in your role as an investigator for Blue Cross and

24    Blue Shield, do you also, like, actually go into clinics and do

25    investigations or audits of what's going on in there?

4:13:14   1   A.  Absolutely.

4:13:17   2   Q.  Okay.  So let me ask you a few questions, for example, about

3   what a patient file is, right?  That a clinic would have.  First

4   of all, it's going to have just like the patient's basic contact

5   information; is that right?

4:13:31   6   A.  That's one of the components of the record.

4:13:34   7   Q.  Medical releases, that kind of stuff?

4:13:35   8   A.  Medical releases.

4:13:38   9   Q.  HIPAA waivers and all those papers that they have you sign

10   whenever you go to a doctor?

4:13:40  11   A.  Yes.

4:13:45  12   Q.  Yeah.  All right.  And then it also be in there you have the

13   patient evaluations that are conducted by the doctor, the

14   medical provider, right?

4:13:52  15   A.  Yeah.  That's part of the medical file.

4:13:56  16   Q.  The treatment plan or the plan of care as well will be in

17   there?

4:13:58  18   A.  Yes.

4:14:01  19   Q.  Any orders or prescriptions that the provider?

4:14:02  20   A.  Yes.

4:14:07  21   Q.  Okay.  As well as any follow-up or re-evaluations that are

22   conducted, right?

4:14:08  23   A.  Correct.

4:14:15  24   Q.  Okay.  In your role as an investigator, do you know what a

25   physical therapist assistant is?

4:14:19   1    A.   A PTA, yes, I do.

4:14:22   2    Q.   And is that licensed by the state of Florida, right?

4:14:22   3    A.   Yes.

4:14:28   4    Q.   Okay.  And in order for a PTA, a physical therapist

        5    assistant, in order for them to perform any work on a patient --

4:14:36   6          MS. HAUSER:  You can finish your question.

4:14:37   7          THE COURT:  Are you just stretching or do you have an

        8    objection?

4:14:40   9          MS. HAUSER:  I was going to object, but I was going to

       10    wait for him to finish.

4:14:43  11          THE COURT:  Finish your question.

4:14:46  12          MR. CRUZ:  In order for the physical therapist

       13    assistant to provide any services to a patient, they need to be

       14    supervised by an actual physical therapist, right?

4:14:56  15          THE WITNESS:  Correct.

4:14:57  16          MS. HAUSER:  Objection.  This is outside the scope of

       17    the direct.

4:15:00  18          THE COURT:  I believe it is.  Sustained.

4:15:34  19          MR. CRUZ:  Okay.  I have nothing further, Your Honor.

4:15:38  20                         CROSS-EXAMINATION

4:15:38  21    BY MR. BELL:

4:15:46  22    Q.   Excuse me.  Good afternoon, Ms. Tejada.

4:15:48  23    A.   Good afternoon.

4:15:52  24    Q.   I take it that you're familiar with the spreadsheets that

       25    the government introduced into evidence and asked you questions

1   about today, right?

4:15:57   2   A.   Correct.

4:16:04   3   Q.   And you probably noticed that the amount actually paid by

4   Blue Cross and Blue Shield is substantially less than the billed

5   amount on those claims, right?

4:16:11   6   A.   Correct.

4:16:16   7   Q.   And that is, in part, because there can be a vast difference

8   pursuant to the insured or the member's insurance between the

9   allowed amount and the billed amount, right?

4:16:27   10   A.   You mean the co-insurance and deductible?

4:16:29   11   Q.   So it would be those three factors; the co-insurance,

12   deductible and the allowable amount?

4:16:33   13   A.   Correct.

4:16:36   14   Q.   And did I understand your testimony in response to

15   Mr. Cruz's question that a non-participating clinic or provider,

16   if you will, like Polyclinic, would know when submitting the

17   claims what the allowable amount or what these co-pays and these

18   things are, right?

4:16:57   19   A.   Yes.

4:17:01   20   Q.   So they know what they're going to be paid.

4:17:02   21   A.   I believe so.

4:17:07   22   Q.   Right.  So if they submit a claim for $100 but the co-pay

23   and the allowable amount and the co-insurance only calls for

24   $30, they can kind of foresee that that's what they're going to

25   get, right?

4:17:18  1    A.  Yes.

4:17:24  2    Q.  Now, you met with the Government prior to providing your

3    testimony here today, right?

4:17:30  4    A.  I don't understand.

4:17:32  5    Q.  Okay.  So in the last couple of days or weeks did you meet

6    with the prosecutors about your anticipated testimony?

4:17:40  7    A.  We've met like that, I know when it's trial and the date and

8    stuff like that.

4:17:44  9    Q.  And you've talked about some of these things that they've

10    asked you and we're asking you, right?

4:17:48  11   A.  I don't --

4:17:53  12   Q.  Well, let me ask you this way.  You work for Florida Blue,

13    right?

4:17:53  14   A.  Yes.

4:17:57  15   Q.  So that means that you're dealing with claims in the state

16    of Florida.

4:17:59  17   A.  Correct.

4:18:01  18   Q.  Right.  And you're an investigator, right?

4:18:01  19   A.  Correct.

4:18:06  20   Q.  Okay.  So you're familiar with the fact that a clinic like

21    Polyclinic and most clinics in Florida have to have a medical

22    director, right?

4:18:15  23   A.  It depends what's the specialty of the --

4:18:18  24   Q.  What is your understanding of this case?  Would this clinic

25    have to have a medical director?

| | | |
|---|---|---|
| 4:18:21 | 1 | MS. HAUSER:  Objection, outside the scope. |
| 4:18:23 | 2 | THE COURT:  I believe it's outside the scope. |
| | 3 | Sustained. |
| 4:18:27 | 4 | MR. BELL:  May I have a moment, Your Honor? |
| 4:18:29 | 5 | THE COURT:  Certainly. |
| 4:18:47 | 6 | MR. BELL:  All right, thank you.  Thank you, Ms. |
| | 7 | Tejada. |
| 4:18:49 | 8 | THE WITNESS:  You're welcome. |
| 4:18:51 | 9 | THE COURT:  Any redirect? |
| 4:18:52 | 10 | MS. HAUSER:  Yes briefly. |
| 4:18:54 | 11 | THE COURT:  Very briefly. |
| 4:18:55 | 12 | REDIRECT EXAMINATION |
| 4:18:55 | 13 | BY MS. HAUSER: |
| 4:19:03 | 14 | Q.  Ms. Tejada, when I showed you that spreadsheet at Exhibit 1 |
| | 15 | B with all of the claims and billing data and highlighted the |
| | 16 | column that said paid, which I will show you in just one second |
| | 17 | -- okay.  Okay.  It's Column A U where it says paid. |
| 4:19:44 | 18 | A.  Correct. |
| 4:19:50 | 19 | Q.  We highlighted the sum at the bottom says a little over $3 |
| | 20 | million, who paid these amounts to Polyclinic? |
| 4:19:55 | 21 | A.  Blue Cross Blue Shield. |
| 4:19:57 | 22 | Q.  Okay.  And there were a few questions that counsel asked you |
| | 23 | about patient files and different materials that may or may not |
| | 24 | be in there.  When a healthcare provider submits a claim to Blue |
| | 25 | Cross Blue Shield, is there any other supporting documentation |

```
          1    provided in addition to the actual claim form?
4:20:20   2    A.  I hear somebody talking -- I couldn't --
4:20:21   3            THE COURT:  Yeah.
4:20:22   4            MR. BELL:  Those are the interpreters.
4:20:26   5            THE COURT:  Those are the interpreters.  They're
          6    allowed to talk.
4:20:29   7            THE WITNESS:  I'm sorry.  I was hearing that.  Can you
          8    repeat the question?
4:20:32   9        BY MS. HAUSER:
4:20:35  10    Q.  Yes.  Yes.  When a provider submits a claim to Blue Cross
         11    Blue Shield, is there any supporting documentation included in
         12    addition to the claim form?
4:20:41  13    A.  No.
4:20:44  14            MS. HAUSER:  Thank you.
4:20:46  15            THE COURT:  Are we done?
4:20:47  16            MS. HAUSER:  Yes, I am.
4:20:49  17            THE COURT:  Thank you, ma'am.  You are excused.  Thank
         18    you.
4:20:49  19                          * * * * *
4:20:49  20                     (Testimony concluded)
4:20:49  21                     C E R T I F I C A T E
4:20:49  22    I certify that the foregoing is a correct transcript from the
               record of proceedings in the above-entitled matter.
4:20:49  23    4/22/2022              /s/ Dawn M. Savino, R.P.R., C.R.R.
               Date                   DAWN M. SAVINO, R.P.R., C.R.R.
4:20:49  24
4:20:49  25                          I N D E X
```

```
4:20:49   1                          WITNESSES

4:20:49   2     ALL WITNESSES:                              PAGE:

4:20:49   3     For Government:

4:20:49   4       Mary Tejada:
                    Direct Examination by Ms. Hauser         2:15
4:20:49   5         Cross-Examination by Mr. Cruz            27:2
                    Cross-Examination by Mr. Bell            31:20
          6
                                     EXHIBITS
4:20:49   7
                NO.:    DESCRIPTION:                         PAGE:
4:20:49   8
                For Government:
4:20:49   9
                1 D      :
4:20:49  10              In Evidence                         8:17

4:20:49  11              1 A, 1 A A, 1 A A A, 1 B-E, 2 and 31 A-I:
                         In Evidence                         9:5
         12
4:20:49  13

         14

         15

         16

         17

         18

         19

         20

         21

         22

         23

         24

         25
```

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**