# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## SENTENCING MINUTES FOR
## HONORABLE JOSE E. MARTINEZ

Deft:  Veronica Ramos Hernandez                Case No: 1:21-20324-002-CR-MARTINEZ
Clerk: Diane Quinn                             Date: May 27, 2022

Reporter: Dawn Savino                          USPO: Danielle Sylvester-Pierre


AUSA: Shannon Shaw and Annika Miranda          Erick Cruz Esq.
Interpreter: Guiomar Emedan-Lauten; and Maria Kisic

### SENTENCING
### JUDGEMENT AND SENTENCE


**Imprisonment:**              Months              Count(s)

                                135                1, 9, 10
                                120                2, 3, 4, 5, 6, 7, 8,

  All terms to run concurrently.

**Supervised Release**/Probation      Year(s)              Count(s)

                                  3                 1, 2, 3, 4, 5, 6, 7, 8, 9,10

  All terms to be served concurrently.


**Special Conditions:**  Financial Disclosure Requirement; Health Care Business Restriction; Surrender to Immigration for Removal After Imprisonment, Unpaid Restitution, Fines or Special Assessments.

**Special Assessment:** $100.00 as to Counts One through Ten, for a Total of $1,000.00

**Restitution**:  $3,044,372.00 to Blue Cross and Blue Shield, jointly and severally with co-defendants Carlos Rafael Saez Dorta, Dianelis Garcia Alvarez, Deandre Mitchell Gabriel, and Michael Daynell Burrowes; and $1,389,697.00 to Small Business Administration jointly and severally with co-defendant Carlos Rafael Saez Dorta; for a total amount of $4,434,069.00.

Court advised defendant of right to appeal.

### CUSTODY
  X  Remanded to the Custody of the U.S. Marshal Service in Miami, Florida.
____Release on Bond pending appeal.
____Self-Surrender at the US Marshal Service for this District, 400 N Miami Ave, Miami, Fl, 33128


Commitment Recommendation:  The defendant shall be assigned to a facility as close to the Southern District of Florida as possible commensurate with his background and the offense of which he stands convicted.

Passport Instruction: The probation office has possession of the defendant's Venezuelan passport and two Spanish passports. It is ordered the probation office is to return the passports to defendant's attorney of record.