1
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
2                         MIAMI DIVISION
                    CASE NO.  21-CR-20324-JEM
3


4    UNITED STATES OF AMERICA,

5                     Plaintiff,

6        vs.

7                                          Miami, Florida
                                           March 3, 2022
8    CARLOS RAFAEL SAEZ DORTA and          Pages 1-57
     VERONICA RAMOS HERNANDEZ,
9
                     Defendants.
10   _____
                    TRANSCRIPT OF JURY TRIAL
11                  TESTIMONY OF NORA HOBBIE
                BEFORE THE HONORABLE JOSE E. MARTINEZ
12                  UNITED STATES DISTRICT JUDGE

13   APPEARANCES:
     FOR THE PLAINTIFF:
14                         *United States Attorney's Office*
                           BY:  SHANNON KELLEY SHAW, A.U.S.A.
15                         BY:  STEPHANIE L. HAUSER, A.U.S.A.
                           99 Northeast Fourth Street
16                         Miami,  Florida 33132

17   FOR THE DEFENDANT(s)
                           *Bell Rosquete Reyes Esteban*
18                         BY:  HENRY BELL, ESQ.
                           999 Ponce de Leon Boulevard
19                         Suite 1120
                           Coral Gables, Florida 33134
20
                           *The Law Office of Erick Cruz*
21                         BY:  ERICK CRUZ, ESQ.
                           1108 Ponce de Leon Boulevard
22                         Coral Gables, Florida 33134

23   REPORTED BY:          DAWN M. SAVINO, R.P.R., C.R.R.
                           Official Federal Court Stenographer
24                         400 N. Miami Avenue, 10S03
                           Miami, Florida 33128
25                         305-523-5598

           PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                 TRANSCRIPT PRODUCED BY COMPUTER

| | | |
|---|---|---|
| | 1 | P-R-O-C-E-E-D-I-N-G-S |
| 11:32 AM | 2 | THE COURT:  Thank you very much, Miss.  You're excused. |
| 11:32 AM | 3 | You can put your mask back on. |
| 11:32 AM | 4 | Okay.  Please call your next witness. |
| 11:32 AM | 5 | MS. SHAW:  The United States calls Nora Hobbie. |
| 11:32 AM | 6 | THE COURT:  Up here, Miss.  Watch your step.  All sorts |
| 11:32 AM | 7 | of obstacles in the way.  When you reach the chair, please |
| 11:32 AM | 8 | remain standing and raise your right hand. |
| 11:32 AM | 9 | NORA HOBBIE, GOVERNMENT WITNESS, SWORN. |
| 11:32 AM | 10 | THE COURT:  Please be seated.  Get as close to the |
| 11:32 AM | 11 | microphone as you can.  While you're behind the plexiglass, you |
| 11:33 AM | 12 | may remove your mask.  Tell us your name and spell it. |
| 11:33 AM | 13 | THE WITNESS:  Nora Hobbie, H O B B I E. |
| 11:33 AM | 14 | THE COURT:  You may proceed. |
| 11:33 AM | 15 | MS. SHAW:  Thank you. |
| 11:33 AM | 16 | DIRECT EXAMINATION |
| 11:33 AM | 17 | BY MS. SHAW: |
| 11:33 AM | 18 | Q.  Good morning, Ms. Hobbie. |
| 11:33 AM | 19 | A.  Good morning. |
| 11:33 AM | 20 | Q.  Where do you work? |
| 11:33 AM | 21 | A.  I work for the United States Small Business Administration. |
| 11:33 AM | 22 | Q.  Is the Small Business Administration commonly known as the |
| 11:33 AM | 23 | SBA? |
| 11:33 AM | 24 | A.  Yes, it is. |
| 11:33 AM | 25 | Q.  Can you tell the jury what the mission of the SBA is? |

| | | |
|---|---|---|
| 11:33 AM | 1 | A.  The basic mission of the SBA is to help American small |
| 11:33 AM | 2 | businesses succeed. |
| 11:33 AM | 3 | Q.  And what are small businesses? |
| 11:33 AM | 4 | A.  Small businesses are things like your mom and pop stores, |
| 11:33 AM | 5 | your convenience stores, businesses that have fewer than 500 |
| 11:33 AM | 6 | employees. |
| 11:33 AM | 7 | Q.  Okay.  How long have you worked with the SBA? |
| 11:33 AM | 8 | A.  16 years. |
| 11:33 AM | 9 | Q.  What is your current title? |
| 11:33 AM | 10 | A.  Attorney advisor. |
| 11:33 AM | 11 | Q.  So you have a law degree? |
| 11:33 AM | 12 | A.  Correct. |
| 11:33 AM | 13 | Q.  Can you tell the jury about your educational background? |
| 11:34 AM | 14 | A.  I have a juris doctor from the University of Oklahoma |
| 11:34 AM | 15 | College of Law. |
| 11:34 AM | 16 | Q.  And what do you do as an attorney advisor with the SBA? |
| 11:34 AM | 17 | A.  I oversee several teams which review files that have been |
| 11:34 AM | 18 | brought to our attention for fraud or suspected fraud. |
| 11:34 AM | 19 | Q.  Okay.  And when you refer to files, are these -- what type |
| 11:34 AM | 20 | of files are these? |
| 11:34 AM | 21 | A.  These would be loan applications for -- it would be Economic |
| 11:34 AM | 22 | Injury Disaster Loans and other disaster loan programs. |
| 11:34 AM | 23 | Q.  Okay.  So you said Economic Injury Disaster Loan.  That's a |
| 11:34 AM | 24 | mouthful.  Is there a shorter way we call those? |
| 11:34 AM | 25 | A.  We refer to them as EIDL. |

11:34 AM  1    Q.  So E I D L, or EIDL loans.

11:34 AM  2    A.  Uh-huh.

11:34 AM  3    Q.  We'll talk more about those later, but generally are you

11:34 AM  4    familiar with the Coronavirus Aid Relief and Economic Security

11:34 AM  5    Act?

11:34 AM  6    A.  Yes.

11:34 AM  7    Q.  Is this commonly called the CARES Act?

11:34 AM  8    A.  Yes.

11:34 AM  9    Q.  Can you explain to the jury what the CARES Act is?

11:35 AM  10   A.  The CARES Act was an act passed by the United States

11:35 AM  11   Congress as a response to the coronavirus pandemic.  The idea

11:35 AM  12   was to get aid out.  There were numerous aspects to it, but we

11:35 AM  13   were dealing with the aid to businesses.

11:35 AM  14   Q.  And when was this law enacted?

11:35 AM  15   A.  March 2020.

11:35 AM  16   Q.  Did it have a particular focus on small businesses?

11:35 AM  17   A.  Yes.

11:35 AM  18   Q.  Why is that?

11:35 AM  19   A.  Small businesses are a very large sector of the United

11:35 AM  20   States economy, and they are a driving force.

11:35 AM  21   Q.  Now, can you tell the jury what kind of impacts COVID 19 had

11:35 AM  22   on small businesses?

11:35 AM  23   A.  There was a lot of unpredictability, a lot of businesses

11:35 AM  24   were forced to shut down on short notice, particularly

11:35 AM  25   restaurants or any public accommodation type of business.

```
11:35 AM   1    Q.  Like hotels and --
11:35 AM   2    A.  Correct.  Hotels, restaurants, even retail stores.
11:35 AM   3    Q.  Okay.  And did the CARES Act appropriate funds for certain
11:36 AM   4    SBA loans and programs?
11:36 AM   5    A.  Yes, it did.
11:36 AM   6    Q.  Did this include the Paycheck Protection Program and the
11:36 AM   7    EIDL program?
11:36 AM   8    A.  Yes.
11:36 AM   9    Q.  Were there a limited amount of funds available for these
11:36 AM  10    programs?
11:36 AM  11            MR. BELL:  Objection, leading.
11:36 AM  12            THE COURT:  Sustained.
11:36 AM  13        BY MS. SHAW:
11:36 AM  14    Q.  How many funds were available for these programs?
11:36 AM  15    A.  There were several billion dollars, but it is a limited pool
11:36 AM  16    of funds.
11:36 AM  17    Q.  And did funds run out at any point?
11:36 AM  18    A.  There were -- the funds did run out early on, and there was
11:36 AM  19    a reappropriation from Congress to continue funding the program.
11:36 AM  20    Q.  So after funds ran out, could small businesses that were
11:36 AM  21    eligible get loans?
11:36 AM  22    A.  No.
11:36 AM  23    Q.  Now, did the SBA handle all EIDL applications?
11:36 AM  24    A.  Yes.
11:36 AM  25    Q.  How did the CARES Act expand the EIDL program?
```

| | | |
|---|---|---|
| 11:37 AM | 1 | A.  The expansion of it was basically we were dealing with |
| 11:37 AM | 2 | declarations in all states and territories of the United States |
| 11:37 AM | 3 | as opposed to generally we're dealing with a localized natural |
| 11:37 AM | 4 | disaster.  So it was a very large scale, large scale expansion |
| 11:37 AM | 5 | of the program.  It also expanded eligibility for some types of |
| 11:37 AM | 6 | businesses and organizations such as independent contractors, |
| 11:37 AM | 7 | religious organizations and agricultural operations. |
| 11:37 AM | 8 | Q.  So the EIDL program wasn't new, it had existed before COVID? |
| 11:37 AM | 9 | A.  Correct. |
| 11:37 AM | 10 | Q.  But it was more limited in scope? |
| 11:37 AM | 11 | A.  Correct. |
| 11:37 AM | 12 | Q.  Now, were EIDL funds distributed after March 2020? |
| 11:37 AM | 13 | A.  Yes. |
| 11:37 AM | 14 | Q.  Who provided the money for those funds? |
| 11:37 AM | 15 | A.  Those came from the Small Business Administration directly. |
| 11:37 AM | 16 | Q.  Which is part of the federal government? |
| 11:37 AM | 17 | A.  Correct. |
| 11:38 AM | 18 | Q.  Now, if a loan approved for an EIDL, is there a particular |
| 11:38 AM | 19 | office within the SBA that is responsible for transmitting the |
| 11:38 AM | 20 | funds to businesses? |
| 11:38 AM | 21 | A.  Yes. |
| 11:38 AM | 22 | Q.  Where is that office located? |
| 11:38 AM | 23 | A.  Fort Worth, Texas. |
| 11:38 AM | 24 | Q.  And is that where you're based as well? |
| 11:38 AM | 25 | A.  Yes, it is. |

11:38 AM  1    Q.  Now, is there an SBA office that is responsible for

11:38 AM  2    processing EIDL applications?

11:38 AM  3    A.  Yes, that's the office in Fort Worth.  It's called the

11:38 AM  4    Processing and Disbursement Center.

11:38 AM  5    Q.  Perfect.  Now, are there timing considerations in how the

11:38 AM  6    EIDL loan program operates?

11:38 AM  7    A.  Yes.

11:38 AM  8    Q.  Can you tell the jury more about that?

11:38 AM  9    A.  Generally when we are administering the EIDL program, we're

11:38 AM  10   operating on a very tight time schedule.  We are trying to move

11:38 AM  11   money out as quickly as we possibly can to get it into the hands

11:38 AM  12   of the businesses that need it to survive.

11:38 AM  13   Q.  Now, in response to the effects of the COVID 19 pandemic,

11:39 AM  14   were a substantial number of EIDLs distributed in a short amount

11:39 AM  15   of time?

11:39 AM  16   A.  Yes.

11:39 AM  17   Q.  Can you say roughly how many applications were approved in

11:39 AM  18   response to the pandemic?

11:39 AM  19   A.  Millions.

11:39 AM  20   Q.  Because it's a large part of our economy?

11:39 AM  21   A.  Yes.

11:39 AM  22   Q.  Now, are you familiar with the EIDL application process in

11:39 AM  23   the COVID 19 era?

11:39 AM  24   A.  Yes.

11:39 AM  25   Q.  Can you generally describe for the jury how this process

11:39 AM  1    works?

11:39 AM  2    A.  A business owner would go to an online website and they

11:39 AM  3    would submit an application.  Everything was done online and

11:39 AM  4    electronically.  There weren't any physical documents that would

11:39 AM  5    have been submitted.  We didn't close in person.  Everything was

11:39 AM  6    handled electronically.

11:39 AM  7    Q.  And what was the reason for this again?

11:39 AM  8    A.  Well, part of it was speed.  But the other aspect of it was

11:39 AM  9    there was a pandemic and we were trying to minimize contact,

11:39 AM 10    physical contact with anybody.

11:40 AM 11    Q.  Great.  Now, what happens once the SBA approves a loan?

11:40 AM 12    A.  The loan is disbursed as soon as the applicant, now the

11:40 AM 13    borrower, signs the loan closing documents.

11:40 AM 14    Q.  So it gets approved and then you send closing documents,

11:40 AM 15    then they sign closing documents?

11:40 AM 16    A.  Correct.

11:40 AM 17    Q.  Now, were there limits on the size of a loan a business

11:40 AM 18    could get?

11:40 AM 19    A.  Yes.

11:40 AM 20    Q.  And in spring 2021, what was the maximum amount of money a

11:40 AM 21    business could receive in an EIDL loan?

11:40 AM 22    A.  $500,000.

11:40 AM 23    Q.  Who is eligible to apply for EIDL funds on behalf of a

11:40 AM 24    business?

11:40 AM 25    A.  The business owner or an authorized representative of that

| | | |
|---|---|---|
| 11:40 AM | 1 | business. |
| 11:40 AM | 2 | Q.  And would the authorized representative be noted on the |
| 11:40 AM | 3 | application? |
| 11:40 AM | 4 | A.  They should be.  There is a space on the application for |
| 11:40 AM | 5 | them to disclose any assistance. |
| 11:41 AM | 6 | Q.  Okay.  Now, let's talk about this application form.  Are you |
| 11:41 AM | 7 | generally familiar with it? |
| 11:41 AM | 8 | A.  Yes. |
| 11:41 AM | 9 | Q.  And how is it submitted in 2021? |
| 11:41 AM | 10 | A.  It was submitted online. |
| 11:41 AM | 11 | Q.  Now, I'm going to show you what's been admitted in evidence |
| 11:41 AM | 12 | already as Government 16 A as in alpha.  Can you tell the jury |
| 11:41 AM | 13 | what document this is? |
| 11:41 AM | 14 | A.  This is our intake application summary. |
| 11:41 AM | 15 | Q.  And what are the last four numbers of the EIDL application |
| 11:41 AM | 16 | number? |
| 11:41 AM | 17 | A.  8980. |
| 11:41 AM | 18 | Q.  What is in the date created row? |
| 11:41 AM | 19 | A.  February 20, 2021. |
| 11:41 AM | 20 | Q.  So that's when this application was submitted online? |
| 11:41 AM | 21 | A.  Yes. |
| 11:41 AM | 22 | Q.  And then we see an IP address, but I won't ask you to read |
| 11:41 AM | 23 | it.  What does the IP address show? |
| 11:41 AM | 24 | A.  The IP address is just representative of what location that |
| 11:42 AM | 25 | application was submitted from, at least the internet protocol |

11:42 AM  1    address.

11:42 AM  2    Q.  Okay.  Now, we see the next box is entitled disclosures, and

11:42 AM  3    I see a heading eligible and eligible internet verification.

11:42 AM  4    What does this section mean?

11:42 AM  5    A.  This is basically general eligibility questions.  Businesses

11:42 AM  6    with more than 500 employees would not be eligible because we

11:42 AM  7    ask about that.  We ask if they're engaged in any illegal

11:42 AM  8    activity as defined by federal guidelines.  We ask if any of the

11:42 AM  9    owners are delinquent on child support, and we have some

11:42 AM  10   generalized questions.  There are things that are just not

11:42 AM  11   eligible under the regulations.

11:42 AM  12   Q.  And did an applicant need to check every single one of these

11:42 AM  13   in order to submit an application?

11:42 AM  14   A.  Yes.

11:42 AM  15   Q.  Now, when you do this online, are the boxes automatically

11:43 AM  16   checked or does the person need to affirmatively click the

11:43 AM  17   checked boxes?

11:43 AM  18   A.  The boxes must be affirmatively checked.

11:43 AM  19   Q.  Okay.  Let's go down to the next section with the heading

11:43 AM  20   business information.  What was the name of the business that

11:43 AM  21   applied for this particular EIDL?

11:43 AM  22   A.  Polyclinic Healthcare Corp.

11:43 AM  23   Q.  Do we see an EIN slash SSN?

11:43 AM  24   A.  Yes.

11:43 AM  25   Q.  And what is that number?

| | | |
|---|---|---|
| 11:43 AM | 1 | A.   830914948. |
| 11:43 AM | 2 | Q.   Now, is that a unique number for each employer? |
| 11:43 AM | 3 | A.   Yes. |
| 11:43 AM | 4 | Q.   Now, we see a box titled gross revenues for the 12 months |
| 11:43 AM | 5 | prior to the date of the disaster, January 31st.  What do we see |
| 11:43 AM | 6 | in that box? |
| 11:43 AM | 7 | A.   $1,17,618. |
| 11:43 AM | 8 | Q.   And so why did they look at the year prior to the disaster? |
| 11:44 AM | 9 | A.   That was considered to be a good indicator of what that |
| 11:44 AM | 10 | business had been drawing, what kind of revenue they were |
| 11:44 AM | 11 | drawing in and what they would be expecting to continue to |
| 11:44 AM | 12 | receive in 2020 but for the pandemic. |
| 11:44 AM | 13 | Q.   Okay.  And then we see a box called cost of goods sold for |
| 11:44 AM | 14 | the 12 months prior.  What's the amount in there? |
| 11:44 AM | 15 | A.   715,284. |
| 11:44 AM | 16 | Q.   Okay.  Now, we see a box called primary business address. |
| 11:44 AM | 17 | What's written in that section? |
| 11:44 AM | 18 | A.   10800 Northwest 58th Street. |
| 11:44 AM | 19 | Q.   Scrolling down further.  Now we're on the second page of |
| 11:44 AM | 20 | this document.  What is the business phone? |
| 11:44 AM | 21 | A.   305-922-5957. |
| 11:44 AM | 22 | Q.   And what's the alternative business phone? |
| 11:45 AM | 23 | A.   305-922-1999. |
| 11:45 AM | 24 | Q.   And what is the business e-mail? |
| 11:45 AM | 25 | A.   Polyclinichealthcarecorp@gmail.com. |

| | | |
|---|---|---|
| 11:45 AM | 1 | Q.  What is the date the business was established? |
| 11:45 AM | 2 | A.  January 1, 2018. |
| 11:45 AM | 3 | Q.  And what is the number of employees as of January 31, 2020? |
| 11:45 AM | 4 | A.  Four. |
| 11:45 AM | 5 | Q.  Zooming out.  Now we see a section entitled business owners' |
| 11:45 AM | 6 | information.  What's the name of the first owner? |
| 11:45 AM | 7 | A.  Carlos Saez. |
| 11:45 AM | 8 | Q.  What are the last four numbers of his phone number? |
| 11:45 AM | 9 | A.  Sorry.  5957. |
| 11:45 AM | 10 | Q.  What's his e-mail? |
| 11:45 AM | 11 | A.  Carlossaezd@hotmail.com. |
| 11:45 AM | 12 | Q.  Okay.  And who is owner number two? |
| 11:46 AM | 13 | A.  Veronica Ramos. |
| 11:46 AM | 14 | Q.  And what's her phone number? |
| 11:46 AM | 15 | A.  305-922-1999. |
| 11:46 AM | 16 | Q.  And what is her e-mail? |
| 11:46 AM | 17 | A.  Doralchic@gmail.com. |
| 11:46 AM | 18 | Q.  Okay.  Zooming out.  Let's go to the next page.  Now we're |
| 11:46 AM | 19 | on Page 4 of this document.  It's titled additional information. |
| 11:46 AM | 20 | Now I see a row that says individual name followed by name of |
| 11:46 AM | 21 | company and phone number.  What are those rows for? |
| 11:46 AM | 22 | A.  We have several applicants who use the services of the a |
| 11:46 AM | 23 | packager or preparer, and that is where the preparer would |
| 11:46 AM | 24 | disclose their name. |
| 11:46 AM | 25 | Q.  So is there any name of a preparer here? |

11:46 AM  1    A.   There is not.

11:47 AM  2    Q.   Can you read the box that says I give permission?

11:47 AM  3    A.   I give permission to SBA to discuss any portion of this

11:47 AM  4    application with the representative listed above, and the

11:47 AM  5    response is no.

11:47 AM  6    Q.   Because there's no representative listed on the application?

11:47 AM  7    A.   Correct.

11:47 AM  8    Q.   Now we see a bank name.  What's that?

11:47 AM  9    A.   Chase.

11:47 AM  10   Q.   Then we'll zoom out to see the account number.  What are the

11:47 AM  11   last four digits of the account number?

11:47 AM  12   A.   6862.

11:47 AM  13   Q.   Now, why is bank information included on the application?

11:47 AM  14   A.   That is where we would be planning on depositing any loan

11:47 AM  15   funds.  Earlier in the program we also did have an EIDL advance

11:47 AM  16   program.  The applicants would be eligible for an advance

11:47 AM  17   regardless of whether the loan was ultimately approved or not,

11:47 AM  18   it was automatic and that bank account provided us the fastest

11:47 AM  19   way to get those funds out.

11:48 AM  20   Q.   Okay.  Now we'll zoom back out.  Now there's a paragraph at

11:48 AM  21   the bottom that starts certification as to truthful information.

11:48 AM  22   Generally what does this paragraph do?

11:48 AM  23   A.   It's a certification that the applicant is representing to

11:48 AM  24   us that all the information they've given us is true and correct

11:48 AM  25   to the best of their knowledge, and that they will continue to

| | | |
|---|---|---|
| 11:48 AM | 1 | submit truthful information to us. |
| 11:48 AM | 2 | Q. And it provides a warning of penalties? |
| 11:48 AM | 3 | A. Yes, it does. |
| 11:48 AM | 4 | Q. Can you read that last statement I hereby certify? |
| 11:48 AM | 5 | A. I hereby certify under penalty of perjury under the laws of |
| 11:48 AM | 6 | the United States that the above is true and correct. |
| 11:48 AM | 7 | Q. And is that box checked? |
| 11:48 AM | 8 | A. Yes, it is. |
| 11:48 AM | 9 | Q. Now, when an applicant is online filling out the |
| 11:48 AM | 10 | application, do they need to affirmatively check that button? |
| 11:48 AM | 11 | A. Yes. |
| 11:48 AM | 12 | Q. What would happen if they didn't check that button? |
| 11:49 AM | 13 | A. The application would not be submitted. |
| 11:49 AM | 14 | Q. Okay. Why is it important to have the certification on the |
| 11:49 AM | 15 | application? |
| 11:49 AM | 16 | A. Because under our program guidelines we have very limited |
| 11:49 AM | 17 | information and documentation. We are relying almost |
| 11:49 AM | 18 | exclusively upon what an applicant discloses on the application. |
| 11:49 AM | 19 | Q. To be able to get them the funds quickly? |
| 11:49 AM | 20 | A. Correct. |
| 11:49 AM | 21 | Q. Now, I want to show you what's been admitted into evidence |
| 11:49 AM | 22 | as Government's Exhibit 16 G. Now, is this a screenshot? |
| 11:49 AM | 23 | A. Yes. |
| 11:49 AM | 24 | Q. And generally what is this document? |
| 11:49 AM | 25 | A. This is basically a working screen for a loan officer. All |

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

11:49 AM 1   of the information that gets loaded into that screen comes

11:49 AM 2   directly from the application.  However, a loan officer can make

11:50 AM 3   changes and corrections to that data.

11:50 AM 4   Q.  And if a company called and said oh, we accidentally typed

11:50 AM 5   the wrong number of employees, we want to change it, it would be

11:50 AM 6   reflected here?

11:50 AM 7   A.  That's correct.

11:50 AM 8   Q.  And again, this has the application date.  What's the

11:50 AM 9   application date?

11:50 AM 10  A.  February 20, 2021.

11:50 AM 11  Q.  And what company is this for?

11:50 AM 12  A.  Polyclinic Healthcare Corp.

11:50 AM 13  Q.  And who is the primary contact?

11:50 AM 14  A.  Carlos Saez.

11:50 AM 15  Q.  And what do we see in number of employees?

11:50 AM 16  A.  Four.

11:50 AM 17  Q.  And at the bottom we see actual 2019 gross revenues.  What's

11:50 AM 18  the amount included there?

11:50 AM 19  A.  1,017,618.

11:50 AM 20  Q.  And why was it important for this number to be accurate?

11:50 AM 21  A.  That was how we calculated EIDL eligibility.

11:51 AM 22  Q.  Okay.  Now let's look at or zoom out please.  Let's look at

11:51 AM 23  Government's Exhibit 16 B as in Bravo.  What is this document?

11:51 AM 24  A.  These are the notes that are associated with the loan

11:51 AM 25  application file.

| | | |
|---|---|---|
| 11:51 AM | 1 | Q. And have you reviewed these particular notes? |
| 11:51 AM | 2 | A. Yes, I have. |
| 11:51 AM | 3 | Q. And does it show people calling the SBA multiple times? |
| 11:51 AM | 4 | A. Yes. |
| 11:51 AM | 5 | Q. What are the names of the people who call the SBA on this |
| 11:51 AM | 6 | application? We can scroll down? |
| 11:51 AM | 7 | A. Yeah. |
| 11:51 AM | 8 | Q. Okay. So we're on Page 2? |
| 11:51 AM | 9 | A. Veronica Ramos. |
| 11:51 AM | 10 | Q. And what does that comment say? |
| 11:51 AM | 11 | A. That she called regarding status of the application. |
| 11:51 AM | 12 | Q. And what did SBA do? |
| 11:51 AM | 13 | A. We advised her to log in to her account to sign some pending |
| 11:51 AM | 14 | documents in the system. |
| 11:52 AM | 15 | Q. And how long had those documents been in the system? |
| 11:52 AM | 16 | A. Some of them since 2019. I think that's a typo. It says |
| 11:52 AM | 17 | April 2019. |
| 11:52 AM | 18 | Q. 2021. |
| 11:52 AM | 19 | A. Most likely, yes. |
| 11:52 AM | 20 | Q. Okay. Now scrolling down to the last page, page 11 because |
| 11:52 AM | 21 | this document is in reverse order, correct? |
| 11:52 AM | 22 | A. That's correct. |
| 11:52 AM | 23 | Q. What do we see in the first comment? |
| 11:52 AM | 24 | A. Mrs. Ramos called with questions in regard to the portal. |
| 11:52 AM | 25 | Q. What initially happened when Defendants Ramos and Saez |

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

11:52 AM  1    applied for the EIDL?

11:52 AM  2    A.  It was actually an automatic decline from the system.

11:52 AM  3    Q.  Okay.  Now, let's scroll further up back to Page 10.  And

11:53 AM  4    back to Page 9.

11:53 AM  5         Now ultimately did Defendants Saez and Ramos provide

11:53 AM  6    additional documents to reaffirm they wanted an EIDL in the

11:53 AM  7    amount of $500,000?

11:53 AM  8    A.  Yes, they did.

11:53 AM  9    Q.  And did they ultimately receive an EIDL?

11:53 AM  10   A.  Yes, they did.

11:53 AM  11   Q.  And turning back to Page 1 of the document.  Looking at Page

11:53 AM  12   2.  We see here the funding was successful on May 25, 2021?

11:53 AM  13   A.  Yes.

11:53 AM  14   Q.  We also see a comment on May 25, 2021, the following

11:54 AM  15   documents have been processed, loan and security agreement.

11:54 AM  16   Does that mean the closing documents were submitted and

11:54 AM  17   processed on May 25th?

11:54 AM  18   A.  Yes.

11:54 AM  19   Q.  Now, let's turn to Government's Exhibit 16 C.  Was this a

11:54 AM  20   document contained in SBA's file for this applicant?

11:54 AM  21   A.  Yes.

11:54 AM  22   Q.  When was this letter date?

11:54 AM  23   A.  It is dated March 15, 2021.

11:54 AM  24   Q.  Okay.  Can you read the statement beginning this letter?

11:54 AM  25   A.  This letter is to reactivate and reaffirm my loan

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

11:54 AM 1    application 3317278980.  I attach my legal documents, check

11:54 AM 2    support for the payment of borrowed funds, sincerely, and it's

11:54 AM 3    signed Carlos Saez and Veronica Ramos.

11:54 AM 4    Q.  Are those handwritten signatures or electronic signatures?

11:54 AM 5    A.  They're handwritten.

11:55 AM 6    Q.  Okay.  Now let's turn to Government's Exhibit 16 F as in

11:55 AM 7    Frank.  Was this another document contained in the SBA's file

11:55 AM 8    for this applicant?

11:55 AM 9    A.  Yes.

11:55 AM 10   Q.  And what is the title of this document?

11:55 AM 11   A.  It's a profit and loss statement.

11:55 AM 12   Q.  Is it as of a certain date?

11:55 AM 13   A.  As of December 31, 2020.

11:55 AM 14   Q.  And we see a row that says total income.  What is the amount

11:55 AM 15   written for total income?

11:55 AM 16   A.  $1,599,607.94.

11:55 AM 17   Q.  And then we see a list of expenses.  What is listed in the

11:55 AM 18   row for legal and professional expenses?

11:55 AM 19   A.  $683,918.41.

11:55 AM 20   Q.  And what is listed in the row titled rent?

11:56 AM 21   A.  $117,851.19.

11:56 AM 22   Q.  What is listed in the row office supplies and software?

11:56 AM 23   A.  $76,045.70.

11:56 AM 24   Q.  And what is listed in the row compensation of officers?

11:56 AM 25   A.  $13,616.

11:56 AM  1    Q.  And was this one of the supporting documents submitted when

11:56 AM  2    they reaffirmed their EIDL application?

11:56 AM  3    A.  Yes.

11:56 AM  4    Q.  Now, let's turn to Government's Exhibit 16 E.  What is this

11:56 AM  5    document?

11:56 AM  6    A.  That's a hard copy of their 2019 tax return form 1120.

11:56 AM  7    Q.  And was this one of the documents submitted after they

11:56 AM  8    reaffirmed their EIDL application?

11:56 AM  9    A.  Yes, it was.

11:56 AM  10   Q.  And kept in the files of the SBA?

11:56 AM  11   A.  Yes.

11:57 AM  12   Q.  What is the name of the corporation?

11:57 AM  13   A.  Polyclinic Healthcare Corp.

11:57 AM  14   Q.  And we see an income Section 1C, or 1A actually.  Let's look

11:57 AM  15   at 1A.  What is the number for gross receipts or sales?

11:57 AM  16   A.  $1,017,618.

11:57 AM  17   Q.  Okay.  Zooming out.  Now in the second section, item numbers

11:57 AM  18   12, compensation of officers.  What amount is in that row?

11:57 AM  19   A.  $13,616.

11:57 AM  20   Q.  Now, Number 13 salaries and wages less employment credits.

11:57 AM  21   What amount is in the row for salaries and wages?

11:57 AM  22   A.  There is no amount in that row.

11:58 AM  23   Q.  Okay.  And the Number 27 total deductions, what amount is in

11:58 AM  24   that row?

11:58 AM  25   A.  $958,654.

11:58 AM  1   Q.  And Number 28 taxable income before net operating loss

11:58 AM  2   deduction and special deduction, what amount is that?

11:58 AM  3   A.  58,964.

11:58 AM  4   Q.  Zooming out.  Now on the bottom we see a sign here.  Is it

11:58 AM  5   signed by an officer?

11:58 AM  6   A.  This is not signed.

11:58 AM  7   Q.  But it was submitted to the SBA by Defendants Saez and

11:58 AM  8   Ramos?

11:58 AM  9   A.  Yes, it was.

11:58 AM  10  Q.  And now we see a box that says paid preparer use only.  What

11:58 AM  11  is listed as the preparer's name?

11:58 AM  12  A.  Esoly Tovar.

11:58 AM  13  Q.  Is it signed by her?

11:58 AM  14  A.  Yes.  No.  We don't have a wet signature on this document.

11:59 AM  15  Q.  Zooming out.  Scrolling down further.  Scrolling down

11:59 AM  16  further.  Scrolling down further to the last page.  Is this just

11:59 AM  17  the rest of that tax form that we're scrolling through?

11:59 AM  18  A.  Yes.

11:59 AM  19  Q.  We're going to stop on Page 7.  What is the title of this

11:59 AM  20  page?

11:59 AM  21  A.  Compensation of officers.

11:59 AM  22  Q.  Who is the first officer listed?

11:59 AM  23  A.  Veronica Ramos.

11:59 AM  24  Q.  And in column C, percent of time devoted to business, what's

11:59 AM  25  the number there?

| 11:59 AM | 1 | A.   100%. |
| 11:59 AM | 2 | Q.   And what is the amount of compensation? |
| 11:59 AM | 3 | A.   $6,808. |
| 11:59 AM | 4 | Q.   Who is the second officer listed? |
| 11:59 AM | 5 | A.   Carlos Saez Dorta. |
| 11:59 AM | 6 | Q.   What is in the column percent of time devoted to business? |
| 11:59 AM | 7 | A.   100%. |
| 11:59 AM | 8 | Q.   What is the amount of compensation? |
| 11:59 AM | 9 | A.   $6,808. |
| 12:00 PM | 10 | Q.   Okay.  Zooming out.  We'll continuing scrolling through the |
| 12:00 PM | 11 | document.  Stopping here, this is just another tax form, Form |
| 12:00 PM | 12 | 4562? |
| 12:00 PM | 13 | A.   Correct. |
| 12:00 PM | 14 | Q.   And again these were all submitted to the SBA by Defendants |
| 12:00 PM | 15 | Saez and Ramos? |
| 12:00 PM | 16 | A.   Yes. |
| 12:00 PM | 17 |         THE COURT:  How much longer do you think you're going |
| 12:00 PM | 18 | to be with this witness? |
| 12:00 PM | 19 |         MS. SHAW:  I have a couple more.  I have two more pages |
| 12:00 PM | 20 | of my outline. |
| 12:00 PM | 21 |         THE COURT:  Ten, 15 minutes? |
| 12:00 PM | 22 |         MS. SHAW:  Maybe. |
| 12:00 PM | 23 |         THE COURT:  Maybe less?  Maybe more? |
| 12:00 PM | 24 |         MS. SHAW:  Maybe a little bit more. |
| 12:00 PM | 25 |         THE COURT:  Okay.  Then why don't we break for lunch |

| | | |
|---|---|---|
| 12:00 PM | 1 | now. |
| 12:00 PM | 2 | Ladies and gentlemen, I don't like missing lunch, as |
| 12:00 PM | 3 | you can tell.  I don't think you should have to either. |
| 12:00 PM | 4 | You're reminded not to discuss the case with anyone or |
| 12:00 PM | 5 | permit anyone to discuss it with you.  Don't read or listen to |
| 12:00 PM | 6 | anything touching on this case in any way.  Don't do any |
| 12:01 PM | 7 | research or make any investigation about the case on your own. |
| 12:01 PM | 8 | Don't have any contact with the attorneys, parties or witnesses. |
| 12:01 PM | 9 | Finally remember you must not form any opinion about the case |
| 12:01 PM | 10 | until all the evidence is in.  You're required to keep an open |
| 12:01 PM | 11 | mind until you start your deliberations at the end of the case. |
| 12:01 PM | 12 | We'll be in recess until 1:30.  No, make it 1:15.  You |
| 12:01 PM | 13 | should be able to find something in that time.  1:15 we'll start |
| 12:01 PM | 14 | again. |
| 12:01 PM | 15 | All right, ma'am.  Since you're on the stand, you're |
| 12:01 PM | 16 | not permitted to discuss your testimony with anyone, even the |
| 12:01 PM | 17 | parties that called you.  All right?  We'll resume at 1:15. |
| 12:01 PM | 18 | (Jury out at 12:01 p.m.) |
| 12:02 PM | 19 | THE COURT:  Thank you, ma'am.  All right.  Please give |
| 12:02 PM | 20 | the jury a few minutes to get off the floor.  We'll be in recess |
| 12:02 PM | 21 | until 1:15.  Thank you, Madame Interpreters. |
| 12:10 PM | 22 | (Lunch recess) |
| 1:18 PM | 23 | (Witness resumed witness stand) |
| 1:18 PM | 24 | (Jury in at 1:18 p.m.) |
| 1:18 PM | 25 | THE COURT:  Be seated, please.  All right.  You may |

1:18 PM   1    proceed.  You're reminded that you're still under oath.

1:18 PM   2        BY MS. SHAW:

1:19 PM   3    Q.  Good afternoon, Ms. Hobbie.

1:19 PM   4    A.  Good afternoon.

1:19 PM   5    Q.  Now, we were just looking at Government's Exhibit 16 E

1:19 PM   6    before the lunch break.  Do you recall that document?

1:19 PM   7    A.  Yes.

1:19 PM   8    Q.  And these were the tax documents submitted by Defendants

1:19 PM   9    Saez and Ramos along with their EIDL application?

1:19 PM   10   A.  Yes.

1:19 PM   11   Q.  And why did they need to submit these supporting documents?

1:19 PM   12   A.  They were requesting reconsideration of their loan

1:19 PM   13   application and we would require additional information at this

1:19 PM   14   point.

1:19 PM   15   Q.  And were these the entirety of the tax documents submitted

1:19 PM   16   by them?

1:19 PM   17   A.  I believe so.

1:19 PM   18        THE COURT:  Put the other microphone close behind there

1:19 PM   19   too.  Thank you.  Speak up as well as you can please.

1:19 PM   20        BY MS. SHAW:

1:19 PM   21   Q.  And in determining whether to approve the EIDL on the

1:19 PM   22   reconsideration request, did the SBA rely open these supporting

1:19 PM   23   documents?

1:19 PM   24   A.  Yes, we did.

1:20 PM   25   Q.  Did they reply upon their trustfulness and accuracy?

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

24

```
1:20 PM   1    A.  Yes.

1:20 PM   2    Q.  Would the SBA have approved the loan if any of the

1:20 PM   3    supporting documents were not truthful and accurate?

1:20 PM   4    A.  No.

1:20 PM   5    Q.  Now let's turn to Government's Exhibit 16 H.  Do you see

1:20 PM   6    this document on your screen?

1:20 PM   7    A.  Yes.

1:20 PM   8    Q.  And this document includes many pages, correct?

1:20 PM   9    A.  Correct.

1:20 PM  10    Q.  Can you describe for the jury what this is?

1:20 PM  11    A.  This would be the loan closing document package.  It

1:20 PM  12    contains various documents required to finalize the loan.  It's

1:20 PM  13    a loan authorization and agreement, there's a promissory note,

1:20 PM  14    there's a security agreement for collateral, and I believe

1:20 PM  15    there's a personal guarantee as well.

1:20 PM  16    Q.  And are these documents only provided to somebody who has

1:20 PM  17    already been approved for the loan?

1:20 PM  18    A.  Yes.

1:20 PM  19    Q.  Is completion of these documents required to close the loan

1:20 PM  20    and disburse the funds?

1:20 PM  21    A.  Yes.

1:21 PM  22    Q.  Now, what's another way of saying disburse the funds?

1:21 PM  23    A.  To transmit the loan funds to the final bank account.

1:21 PM  24    Q.  Okay.  Now let's scroll through this document to the second

1:21 PM  25    page.  Now this is Page 2.  What's the title of this page?
```

1:21 PM    1    A.   Loan authorization and agreement.

1:21 PM    2    Q.   And who are the parties to this agreement?

1:21 PM    3    A.   The parties are Polyclinic Healthcare Corporation and the

1:21 PM    4    SBA.

1:21 PM    5    Q.   And what is the amount of the loan they were approved for?

1:21 PM    6    A.   $500,000.

1:21 PM    7    Q.   And what do we see is the effective date?

1:21 PM    8    A.   April 14, 2021.

1:21 PM    9    Q.   Now, in April 2021, what was the maximum amount of money

1:21 PM   10    that a borrower could get for an EIDL?

1:21 PM   11    A.   $500,000.

1:22 PM   12    Q.   Okay.  Scrolling down to the second page.  We see a heading

1:22 PM   13    titled -- we're now on Page 3 of the document.  What is the

1:22 PM   14    paragraph underneath use of loan proceeds?

1:22 PM   15    A.   You want me to read that?

1:22 PM   16    Q.   Yes, please.

1:22 PM   17    A.   Borrower will use all the proceeds of this loan solely as

1:22 PM   18    working capital to alleviate economic injury caused by disaster

1:22 PM   19    occurring in the month of January 31, 2020 and continuing

1:22 PM   20    thereafter, and to pay uniform commercial code lien filing fees

1:22 PM   21    and a third party UCC handling charge of $100 which will be

1:22 PM   22    deducted from the loan amount stated above.

1:22 PM   23    Q.   So if somebody was approved for a $500,000 loan like

1:22 PM   24    Polyclinic, how much money would actually be transmitted into

1:22 PM   25    their account?

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1:22 PM 1    A.   499,900.

1:22 PM 2    Q.   Okay.  Now, it says working capital.  Can you describe for

1:22 PM 3    the jury what that means?

1:23 PM 4    A.   Working capital is basically the operating expenses that a

1:23 PM 5    business would have.  An EIDL is intended to replace the revenue

1:23 PM 6    stream that a business would have lost due to a particular

1:23 PM 7    disaster.  It's for ongoing expenses that a business has had,

1:23 PM 8    that businesses just have naturally.

1:23 PM 9    Q.   Is Polyclinic allowed to use this money for personal

1:23 PM 10   expenses?

1:23 PM 11   A.   No.

1:23 PM 12   Q.   Is Polyclinic allowed to use this money to invest in stock

1:23 PM 13   market accounts?

1:23 PM 14   A.   No.

1:23 PM 15   Q.   Is Polyclinic allowed to use these funds to invest in

1:23 PM 16   Robinhood accounts?

1:23 PM 17   A.   No.

1:23 PM 18   Q.   Are they allowed to use this money to purchase

1:23 PM 19   cryptocurrency?

1:23 PM 20   A.   No.

1:23 PM 21   Q.   All right.  Now, we see a heading titled requirements for

1:23 PM 22   use of loan proceeds and receipts.  You don't need to read all

1:23 PM 23   of these, but can you generally describe for the jury what this

1:23 PM 24   provides?

1:24 PM 25   A.   These are things where we require them to keep good records,

1:24 PM 1   they need to itemize any receipts that they might have.  SBA

1:24 PM 2   does have the authority to request an accounting of the loan.

1:24 PM 3   We also ask them to give us written permission or request for

1:24 PM 4   permission from us if they're going to relocate their business

1:24 PM 5   or do any sort of major change.  We do ask also if they require

1:24 PM 6   an increase that they need to make that request as soon as

1:24 PM 7   possible.

1:24 PM 8   Q.  And so why would they need to submit receipts if SBA asked?

1:24 PM 9   A.  That would just be for general audit purposes.  We would --

1:24 PM 10  we do have the authority to randomly select files for closer

1:24 PM 11  audit and review.

1:24 PM 12  Q.  To make sure the loan proceeds are being used correctly?

1:24 PM 13  A.  Yes.

1:25 PM 14  Q.  Okay.  Now let's scroll to the next page.  And again, does

1:25 PM 15  this document continue for 11 pages?

1:25 PM 16  A.  Yes.

1:25 PM 17  Q.  Okay.  We scroll down to Page 11 of the document.  Oh, wait.

1:25 PM 18  Actually let's pause at Page 5.  We see a section entitled

1:25 PM 19  borrower's certifications.  And did a borrower need to certify

1:25 PM 20  everything in this document in order to close the loan?

1:25 PM 21  A.  Yes.

1:25 PM 22  Q.  Okay.  Scrolling down to the next page.  Again we see on

1:25 PM 23  Page 6 there's a warning of penalties.  Okay.  Now stopping

1:25 PM 24  here, we're on Page 7 of the document.  And I want to highlight

1:26 PM 25  that bottom section beginning the undersigned agrees.  Can you

| | | |
|---|---|---|
| 1:26 PM | 1 | read the sentence beginning with under penalty of perjury? |
| 1:26 PM | 2 | A.  Under penalty of perjury of the United States of America, I |
| 1:26 PM | 3 | hereby certify that I'm authorized to apply for and obtain a |
| 1:26 PM | 4 | disaster loan on behalf of borrower in connection with the |
| 1:26 PM | 5 | effects of the COVID 19 emergency. |
| 1:26 PM | 6 | Q.  And who signed it? |
| 1:26 PM | 7 | A.  Carlos Saez. |
| 1:26 PM | 8 | Q.  And what's his title? |
| 1:26 PM | 9 | A.  Owner slash officer. |
| 1:26 PM | 10 | Q.  And what date did he sign it? |
| 1:26 PM | 11 | A.  April 14, 2021. |
| 1:26 PM | 12 | Q.  And what type of signature is this? |
| 1:26 PM | 13 | A.  That's an electronic signature.  We would have used a |
| 1:26 PM | 14 | Docusign certificate to verify that signature. |
| 1:26 PM | 15 | Q.  Now we see on the application that there were two people |
| 1:26 PM | 16 | listed, Defendant Saez and Defendant Ramos.  Why don't we see |
| 1:26 PM | 17 | Defendant Ramos' signature on here? |
| 1:27 PM | 18 | A.  For this disaster we actually only required one business |
| 1:27 PM | 19 | owner to execute the documents for simplicity of keeping up with |
| 1:27 PM | 20 | the signatures and the electronic closing. |
| 1:27 PM | 21 | Q.  So even if two people did the application, only one had to |
| 1:27 PM | 22 | sign it? |
| 1:27 PM | 23 | A.  Correct, because the borrower is the company. |
| 1:27 PM | 24 | Q.  Scrolling down further.  Now we're on Page 13 of this |
| 1:27 PM | 25 | document?  What is this document? |

| 1:27 PM | 1 | A. This is the promissory note. This is the document in which |
| 1:27 PM | 2 | a borrower actually agrees to repay the loan funds that are |
| 1:27 PM | 3 | being issued. |
| 1:27 PM | 4 | Q. Okay. What's the amount of the loan? |
| 1:27 PM | 5 | A. $500,000. |
| 1:27 PM | 6 | Q. And what is the date? |
| 1:28 PM | 7 | A. The date of that is April 14, 2021. |
| 1:28 PM | 8 | Q. Okay. Scrolling down further and again on the next page, |
| 1:28 PM | 9 | Page 14 of this document, who signed it? |
| 1:28 PM | 10 | A. Carlos Saez. |
| 1:28 PM | 11 | Q. Okay. Scrolling further? On Page 15, what is this part of |
| 1:28 PM | 12 | the document? |
| 1:28 PM | 13 | A. This would be the security agreement. |
| 1:28 PM | 14 | Q. And what is a security agreement? |
| 1:28 PM | 15 | A. The security agreement is a collateral document where the |
| 1:28 PM | 16 | borrower agrees to put up certain collateral, and the way that |
| 1:28 PM | 17 | we do this commercially is we file a UCC filing with the |
| 1:28 PM | 18 | appropriate state jurisdiction. |
| 1:29 PM | 19 | Q. Okay. Scrolling down through the document. Now stopping at |
| 1:29 PM | 20 | Page 19. Who signed this document? |
| 1:29 PM | 21 | A. Carlos Saez. |
| 1:29 PM | 22 | Q. On what date? |
| 1:29 PM | 23 | A. On April 14, 2021. |
| 1:29 PM | 24 | Q. And again, these are all done online, correct? |
| 1:29 PM | 25 | A. Correct. |

1:29 PM  1   Q.  And would an individual need to scroll through each page to

1:29 PM  2   reach the signature page?

1:29 PM  3   A.  Yes.

1:29 PM  4   Q.  Okay.  Scrolling down.  Now, what do we see on Page 20?

1:29 PM  5   A.  This would be a personal guarantee by the owners.

1:29 PM  6   Q.  And why do we have this in the closing documents?

1:29 PM  7   A.  So for every loan of greater than $200,000, SBA requires a

1:29 PM  8   personal guarantee from any owner who has -- who owns 20% or

1:29 PM  9   more of a borrowing company.

1:29 PM  10  Q.  And what does the guarantee mean?  They have to pay it back?

1:29 PM  11  A.  Yes.  If the borrower fails to repay the loan, then we can

1:30 PM  12  come to the guarantor and request those funds from them.

1:30 PM  13  Q.  Personally.

1:30 PM  14  A.  Personally.

1:30 PM  15  Q.  Because the business gets the loan, but businesses are made

1:30 PM  16  of people.

1:30 PM  17  A.  Right.

1:30 PM  18  Q.  Okay.  Scrolling down further.  On Page 21.  Again, who are

1:30 PM  19  the guarantors?

1:30 PM  20  A.  The guarantors here are Carlos Saez and Veronica Ramos.

1:30 PM  21  Q.  Who is the borrower?

1:30 PM  22  A.  Polyclinic Healthcare Corp.

1:30 PM  23  Q.  What is the date?

1:30 PM  24  A.  April 14, 2021.

1:30 PM  25  Q.  And what is the note amount?

1:30 PM  1     A.   $500,000.

1:30 PM  2     Q.   And in Section 1 under guarantee, can you read the first

1:30 PM  3     paragraph -- first sentence of that paragraph?

1:30 PM  4     A.   Guarantors unconditionally guarantee payment to SBA of all

1:30 PM  5     amounts owing under the note.

1:30 PM  6     Q.   Okay.  Zooming out.  Scrolling to the next page.  Continue

1:31 PM  7     scrolling.  Continue scrolling.  Now we're on Page 24 of this

1:31 PM  8     exhibit.  Who signed this document?

1:31 PM  9     A.   Carlos Saez and Veronica Ramos.

1:31 PM  10    Q.   And what type of signatures are those?

1:31 PM  11    A.   Those are electronic signatures.

1:31 PM  12    Q.   Okay.  Scrolling further.  That's the end.

1:31 PM  13         Now, as part of the production that the SBA made to the

1:31 PM  14    government, did you produce Docusign records?

1:31 PM  15    A.   Yes, there should be a certificate of completion.

1:31 PM  16         MS. SHAW:  Special Agent, can you please bring up what

1:31 PM  17    has been admitted into evidence as Government's Exhibit 16 I?

1:31 PM  18         BY MS. SHAW:

1:31 PM  19    Q.   What is this document?

1:31 PM  20    A.   This is the Docusign certificate of completion.  This

1:32 PM  21    describes the date that each individual would have signed.

1:32 PM  22    Q.   And this is maintained in SBA's records for this applicant?

1:32 PM  23    A.   Yes.

1:32 PM  24    Q.   Now, in the middle of the page we see a heading called

1:32 PM  25    signer events.  Who is the first signer listed?

```
1:32 PM    1     A.  Carlos Saez.

1:32 PM    2     Q.  What is the e-mail address he used?

1:32 PM    3     A.  Carlossaezd@hotmail.com.

1:32 PM    4     Q.  Do we see a signature?

1:32 PM    5     A.  Yes.

1:32 PM    6     Q.  What type of signature is that?

1:32 PM    7     A.  It's an electronic signature.

1:32 PM    8     Q.  Do you see the column called timestamp?

1:32 PM    9     A.  Yes.

1:32 PM   10     Q.  When was this document sent?

1:32 PM   11     A.  On April 14, 2021.

1:32 PM   12     Q.  And that means sent by the SBA?

1:32 PM   13     A.  Correct.

1:32 PM   14          COURT SECURITY OFFICER:  Hold on a second.

1:32 PM   15          MS. SHAW:  We lost the video.

1:33 PM   16          THE COURT:  That machine is set off after a while so

1:33 PM   17     people don't leave their TVs on all night.  Unfortunately it's a

1:33 PM   18     TV, not a monitor, so we can't fix it.  But we can turn it back

1:33 PM   19     on.

1:33 PM   20          You may proceed.

1:33 PM   21          MS. SHAW:  Thank you, Your Honor.

1:33 PM   22     BY MS. SHAW:

1:33 PM   23     Q.  So it was sent by the SBA on April 14, 2021?

1:33 PM   24     A.  Correct.

1:33 PM   25     Q.  And when was it signed?
```

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1:33 PM   1    A.   On April 14, 2021.

1:33 PM   2    Q.   Now I see a row called using IP address.

1:33 PM   3    A.   Yes.

1:33 PM   4    Q.   Is that the IP address from which the document was signed?

1:33 PM   5    A.   Yes.

1:33 PM   6    Q.   Now I see a second name under the column signer events.

1:33 PM   7    What name is that?

1:33 PM   8    A.   Veronica Ramos.

1:33 PM   9    Q.   What is the e-mail address?

1:33 PM   10   A.   Doralchic@gmail.com.

1:33 PM   11   Q.   Is there a signature there as well?

1:33 PM   12   A.   Yes.

1:33 PM   13   Q.   What type of signature?

1:33 PM   14   A.   An electronic signature.

1:33 PM   15   Q.   And do we see an IP address there as well?

1:34 PM   16   A.   Yes.

1:34 PM   17   Q.   Now, when was this sent to Veronica Ramos?

1:34 PM   18   A.   April 14, 2021.

1:34 PM   19   Q.   When was it signed?

1:34 PM   20   A.   May 25, 2021.

1:34 PM   21   Q.   So when did SBA actually receive the loan agreement back?

1:34 PM   22   A.   May 25, 2021.

1:34 PM   23   Q.   Okay.  Now, does the information reported by applicants to

1:34 PM   24   the SBA impact whether a business is eligible to receive an

1:34 PM   25   EIDL?

| 1:34 PM | 1 | A.  Yes. |

1:34 PM 1   A.  Yes.

1:34 PM 2   Q.  If a business was engaged in healthcare fraud, how would

1:34 PM 3   that impact whether the SBA approved a loan?

1:34 PM 4   A.  If SBA knew, it would not be approved.

1:34 PM 5   Q.  Would providing false information about a business's gross

1:34 PM 6   revenues influence whether the SBA approves a loan?

1:34 PM 7   A.  Yes.

1:34 PM 8   Q.  Could inflating those numbers inflate the amount of money a

1:34 PM 9   business is eligible for?

1:34 PM 10  A.  Yes.

1:35 PM 11  Q.  Now, if a business provided false information about the

1:35 PM 12  number of employees, would that impact the SBA's decision to

1:35 PM 13  approve a loan?

1:35 PM 14  A.  Yes.

1:35 PM 15  Q.  If the SBA knew the information was false, would they

1:35 PM 16  approve the loan?

1:35 PM 17  A.  No.

1:35 PM 18  Q.  Now, if a business provided false information in its

1:35 PM 19  supporting documents, would that impact the SBA's decision to

1:35 PM 20  approve a loan?

1:35 PM 21  A.  Yes.

1:35 PM 22  Q.  Would the SBA approve a loan if false documents were

1:35 PM 23  provided and the SBA knew that?

1:35 PM 24  A.  No.

1:35 PM 25  Q.  Now, in addition to EIDL funds, did Polyclinic Healthcare

1:35 PM  1   Corporation also receive PPP funds through a private lender?

1:35 PM  2   A.  I don't have personal knowledge of that.

1:35 PM  3   Q.  Did you review the file that the SBA had on Polyclinic

1:35 PM  4   Healthcare Corporation?

1:35 PM  5   A.  Yes.

1:35 PM  6   Q.  Did this file also include correspondence from Defendant

1:35 PM  7   Saez and Ramos?

1:35 PM  8   A.  Yes.

1:36 PM  9   Q.  Now, showing you Government's Exhibit 16 J.  And the reason

1:36 PM  10  you don't have personal knowledge on the PPP side is because you

1:36 PM  11  work in a different office than the people that do PPP, correct?

1:36 PM  12  A.  Correct.

1:36 PM  13  Q.  So it's all in the SBA, but your specific office dealings

1:36 PM  14  with EIDLs.

1:36 PM  15  A.  Correct.

1:36 PM  16  Q.  Have you used this document from the file?

1:36 PM  17  A.  Yes.

1:36 PM  18  Q.  When is this letter dated?

1:36 PM  19  A.  July 16, 2021.

1:36 PM  20  Q.  And who was this letter sent to?

1:36 PM  21  A.  It's a little unclear.  I believe it was sent to the Small

1:36 PM  22  Business Administration.

1:36 PM  23  Q.  But you're not part of the Internal Revenue Service?

1:36 PM  24  A.  Correct.

1:36 PM  25  Q.  What's the company's name listed on this letter?

| | | |
|---|---|---|
| 1:36 PM | 1 | A.   Polyclinic Healthcare Corp. |
| 1:36 PM | 2 | Q.   And what's the company's EIN? |
| 1:36 PM | 3 | A.   830914948. |
| 1:36 PM | 4 | Q.   And can you read the text of this letter beginning with we |
| 1:36 PM | 5 | would like? |
| 1:37 PM | 6 | A.   We would like to reiterate our appreciation for the |
| 1:37 PM | 7 | opportunity to qualify for the PPP loan.   In accordance with the |
| 1:37 PM | 8 | request we have made for PPP loan to pay the payroll of our |
| 1:37 PM | 9 | organization, see details below. |
| 1:37 PM | 10 | Q.   And is there a chart with the amount of the PPP loan |
| 1:37 PM | 11 | approved? |
| 1:37 PM | 12 | A.   Yes. |
| 1:37 PM | 13 | Q.   And what's the next line in that chart, payroll payment |
| 1:37 PM | 14 | until July 2nd? |
| 1:37 PM | 15 | A.   Correct. |
| 1:37 PM | 16 | Q.   What's the amount in that row? |
| 1:37 PM | 17 | A.   $197,938.41. |
| 1:37 PM | 18 | Q.   You see the third row says amount of payment not executed? |
| 1:37 PM | 19 | A.   Yes. |
| 1:37 PM | 20 | Q.   What is that amount? |
| 1:37 PM | 21 | A.   $409,647.64. |
| 1:37 PM | 22 | Q.   Can you read the letter beginning for organizational |
| 1:37 PM | 23 | reasons? |
| 1:37 PM | 24 | A.   For organizational reasons it has been necessary to stop our |
| 1:37 PM | 25 | operations and therefore suspend the payroll process of our |

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

| | | |
|---|---|---|
| 1:37 PM | 1 | company, and we proceed to refund the money that we will not |
| 1:38 PM | 2 | execute. |
| 1:38 PM | 3 | Q.  And can you read beginning attached you will find? |
| 1:38 PM | 4 | A.  Attached you will find the following documents:  One, |
| 1:38 PM | 5 | Paycheck Protection Program second draw borrower application |
| 1:38 PM | 6 | form signed SBA 2483-SD.  Two, check issued to Small Business |
| 1:38 PM | 7 | Administration, amount $409,647.64. |
| 1:38 PM | 8 | Q.  Okay.  Zooming out.  Who signed this letter? |
| 1:38 PM | 9 | A.  Veronica Ramos. |
| 1:38 PM | 10 | Q.  And what it her title? |
| 1:38 PM | 11 | A.  President. |
| 1:38 PM | 12 | Q.  And does she include her phone number? |
| 1:38 PM | 13 | A.  Yes, she does. |
| 1:38 PM | 14 | Q.  Is this an electronic signature or handwritten signature? |
| 1:38 PM | 15 | A.  That is a handwritten signature. |
| 1:38 PM | 16 | Q.  Who else signed this letter? |
| 1:38 PM | 17 | A.  Carlos Saez. |
| 1:38 PM | 18 | Q.  Is that a handwritten or electronic signature? |
| 1:38 PM | 19 | A.  It is handwritten. |
| 1:38 PM | 20 | Q.  And what is his title? |
| 1:38 PM | 21 | A.  Vice President. |
| 1:39 PM | 22 | Q.  And does he include a phone number and e-mail address? |
| 1:39 PM | 23 | A.  Yes, he does. |
| 1:39 PM | 24 | Q.  Now, did the SBA ever find a check from Defendants Saez and |
| 1:39 PM | 25 | Ramos in its records? |

1:39 PM   1      A.   We have no record of it.

1:39 PM   2      Q.   Okay.

1:39 PM   3            MS. SHAW:  Your Honor, at this time I'm going to show

1:39 PM   4      her documents under Rule 404(b).

1:39 PM   5            THE COURT:  Okay.  Do the parties want me to read the

1:39 PM   6      Similar Acts Evidence instruction?

1:39 PM   7            MR. BELL:  Yes.

1:39 PM   8            THE COURT:  Okay.  Members of the jury, the evidence

1:39 PM   9      that's going to be discussed now is evidence of acts of the

1:39 PM   10     defendants that may be similar to those charged in the third

1:39 PM   11     superseding indictment but which were committed on other

1:39 PM   12     occasions.  You must not consider any of this evidence in

1:39 PM   13     deciding if the defendant committed the acts charged in the

1:39 PM   14     third superseding indictment, but you may consider the evidence

1:39 PM   15     to decide whether one, the defendants had the state of mind or

1:40 PM   16     intent necessary to commit the crime charged in the this

1:40 PM   17     indictment; two, the defendants had the motive or the

1:40 PM   18     opportunity to commit the acts charged; three, the defendants

1:40 PM   19     acted in accordance to a plan or in preparation to commit a

1:40 PM   20     crime or four, the defendants committed the acts charged in the

1:40 PM   21     indictment by accident or mistake.

1:40 PM   22            MS. SHAW:  Thank you, Your Honor.

1:40 PM   23          BY MS. SHAW:

1:40 PM   24     Q.   Now, I want to show you what's been admitted into evidence

1:40 PM   25     as Government's Exhibit 63 A as in alpha.  Now, is this another

1:40 PM 1    intake application?

1:40 PM 2    A.   Yes.

1:40 PM 3    Q.   And do you see that same eligible entity verification?

1:40 PM 4    A.   Yes.

1:40 PM 5    Q.   Was this the same thing that we would see on all EIDL

1:40 PM 6    applications during this time period?

1:40 PM 7    A.   Yes.

1:40 PM 8    Q.   And what is the business legal name on this document?

1:41 PM 9    A.   Chic and Glam LLC.

1:41 PM 10   Q.   And what is the trade name?

1:41 PM 11   A.   Doral Chic LLC.

1:41 PM 12   Q.   And what do they have in the row for gross revenues for the

1:41 PM 13   12 months prior to the date of the disaster?

1:41 PM 14   A.   Can that be magnified slightly?   Thank you.

1:41 PM 15   Q.   Is it $644,507?

1:41 PM 16   A.   Yes, it is.

1:42 PM 17   Q.   Okay.   Zooming out.   And what is the e-mail address for this

1:42 PM 18   application?

1:42 PM 19   A.   Carlossaezd@hotmail.com.

1:42 PM 20   Q.   And what are the number of employees as of January 31, 2020?

1:42 PM 21   A.   18.

1:42 PM 22   Q.   Zooming out.   Scrolling to the next page.   And what name is

1:42 PM 23   listed on Page 2 as owner one?

1:42 PM 24   A.   Carlos Rafael Dorta.

1:42 PM 25   Q.   And what is the phone number?

1:42 PM   1     A.   The phone number is 305-922-5957.

1:42 PM   2     Q.   And who is listed as owner two?

1:42 PM   3     A.   Veronica Ramos.

1:43 PM   4     Q.   And what is the phone number listed there?

1:43 PM   5     A.   305-922-1999.

1:43 PM   6     Q.   And zooming out.  And again, in the very last section do we

1:43 PM   7     see the same certification?

1:43 PM   8     A.   Yes.

1:43 PM   9     Q.   About perjury?

1:43 PM   10    A.   Yes.

1:43 PM   11    Q.   And would that box need to be checked in order for this

1:43 PM   12    document to make its way to the SBA?

1:43 PM   13    A.   Yes.

1:43 PM   14    Q.   Okay.  Zooming out.  Now, let's look at what's been admitted

1:43 PM   15    into evidence as Government Exhibit 63 C.  What is this

1:43 PM   16    document?

1:43 PM   17    A.   That is a working page within our processing system.

1:43 PM   18    Q.   And what is the application date?

1:43 PM   19    A.   The application date is February 20, 2021.

1:43 PM   20    Q.   And what is the company legal name?

1:43 PM   21    A.   Chic and Glam LLC.

1:44 PM   22    Q.   And what is the company's DBA?

1:44 PM   23    A.   Doral Chic LLC.

1:44 PM   24    Q.   And who is the primary contact?

1:44 PM   25    A.   Carlos Saez.

1:44 PM 1    Q.  And what do we see for number of employees?

1:44 PM 2    A.  18.

1:44 PM 3    Q.  And what is the actual 2019 gross revenue?

1:44 PM 4    A.  644,507 or 807.  Sorry.

1:44 PM 5    Q.  Okay.  Zooming out.  Let's take a look at what's been

1:44 PM 6    admitted into evidence as Government's Exhibit 63 B as in Bravo.

1:44 PM 7    What is this document?

1:44 PM 8    A.  Those are the notes from the loan application file.

1:44 PM 9    Q.  And can you read the comments note added on April 18, 2021?

1:44 PM 10   A.  The following documents have been processed:

1:44 PM 11   Reconsideration decline letter.

1:45 PM 12   Q.  And scrolling down through the rest of the comments.  So

1:45 PM 13   based on your review of this record, did they actually receive

1:45 PM 14   an EIDL for Doral Chic?

1:45 PM 15   A.  They did not.

1:45 PM 16        MS. SHAW:  No further questions.  Thank you.

1:45 PM 17        THE COURT:  Cross-examination.

1:45 PM 18        MR. BELL:  Can I have the ELMO please?

1:45 PM 19                   CROSS-EXAMINATION

1:45 PM 20   BY MR. BELL:

1:46 PM 21   Q.  Good afternoon Miss -- Is it Hobbie or Hobbie?

1:46 PM 22   A.  It's Hobbie.

1:46 PM 23   Q.  Good afternoon, Ms. Hobbie.  My name is Henry Bell.  I

1:46 PM 24   represent one of the defendants in the case, Carlos Saez.  I

1:46 PM 25   want to draw your attention to Exhibit 16 A.  And you'll excuse

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1:46 PM   1      my -- you can see there it's 16 A, right?

1:46 PM   2      A.  Yes.

1:46 PM   3      Q.  Okay.  So I want to draw your attention to the section of

1:46 PM   4      the application where you were asked questions about whether

1:46 PM   5      someone is submitting the application and assisting the

1:47 PM   6      applicant on his or her behalf.  Do you see that?

1:47 PM   7      A.  Yes, sir.

1:47 PM   8      Q.  Do you remember those questions?

1:47 PM   9      A.  Yes.

1:47 PM  10      Q.  And I take it this is the section where that information

1:47 PM  11      should be if it's required.

1:47 PM  12      A.  Correct.

1:47 PM  13      Q.  Right.  So if someone were submitting the loan application

1:47 PM  14      on behalf of the borrower, that someone would be expected to put

1:47 PM  15      his or her contact information there, correct?

1:47 PM  16      A.  Correct.

1:47 PM  17      Q.  And they're supposed to disclose whatever fee they may have

1:47 PM  18      been paid if any; am I right?

1:47 PM  19      A.  Correct.

1:47 PM  20      Q.  Okay.  And in this case, that information is empty,

1:47 PM  21      obviously.

1:47 PM  22      A.  I'm sorry.  Can you repeat that?

1:47 PM  23      Q.  I'm sorry.  So in this case obviously there's no such

1:47 PM  24      information input into the document.

1:47 PM  25      A.  Correct.

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

| | | |
|---|---|---|
| 1:47 PM | 1 | Q.  Right.  So I want to draw your attention to 16 B.  Can you |
| 1:48 PM | 2 | see that there, 16 B? |
| 1:48 PM | 3 | A.  Yes. |
| 1:48 PM | 4 | Q.  All right.  Now, I'm going to show you -- by the way, 16 B |
| 1:48 PM | 5 | is the log or -- how would you characterize this document?  What |
| 1:48 PM | 6 | would be the correct term of art? |
| 1:48 PM | 7 | A.  Those would be the notes that are kept of any contacts, any |
| 1:48 PM | 8 | kind of system-generated actions that get taken on a particular |
| 1:48 PM | 9 | loan application. |
| 1:48 PM | 10 | Q.  Right.  So in reading this you can see the progress of the |
| 1:48 PM | 11 | loan underwriting, if you will; is that right? |
| 1:48 PM | 12 | A.  Yes. |
| 1:48 PM | 13 | Q.  Like when the application was received for example; is that |
| 1:48 PM | 14 | correct? |
| 1:48 PM | 15 | A.  You won't see when the application was received.  You need |
| 1:48 PM | 16 | to look at the application for that date, but you will see when |
| 1:48 PM | 17 | any particular activity took place on an application. |
| 1:48 PM | 18 | Q.  Right.  Whether it be additional documents provided to the |
| 1:49 PM | 19 | SBA or the SBA, for example, reviewing the records or confirming |
| 1:49 PM | 20 | whether they received them or not. |
| 1:49 PM | 21 | A.  Yes. |
| 1:49 PM | 22 | Q.  Okay.  And whether -- and that would include communications |
| 1:49 PM | 23 | as well, right?  Between the SBA and ostensibly the borrower, |
| 1:49 PM | 24 | right? |
| 1:49 PM | 25 | A.  Yes. |

1:49 PM  1    Q.   Okay.  So here is the entry on April 1st; am I right?

1:49 PM  2    A.   That's April 22nd.

1:49 PM  3    Q.   I'm sorry.  I apologize.  April 22nd.  So you see a

1:49 PM  4    telephone number there?

1:49 PM  5    A.   Yes, I see something that looks like a telephone number.

1:49 PM  6    Q.   Now, that telephone number it says 786-901-2525 and it's

1:49 PM  7    associated with applicant Veronica Ramos, right?

1:50 PM  8    A.   Yes.

1:50 PM  9    Q.   Now, I'm going to draw your attention again to 16 A.  Do you

1:50 PM  10   see a different telephone number for Mr. Saez?

1:50 PM  11   A.   Yes.

1:50 PM  12   Q.   And for Ms. Ramos is the number also different?

1:50 PM  13   A.   Yes.

1:50 PM  14   Q.   Different than the one that's shown in 16 B, correct?

1:50 PM  15   A.   Correct.

1:50 PM  16   Q.   So it appears that's someone using a different telephone

1:50 PM  17   number called the SBA about the application?  Different than the

1:50 PM  18   one listed in the application.

1:50 PM  19   A.   The person who called gave a different phone number than

1:50 PM  20   what was in the application.

1:50 PM  21   Q.   Okay.  Okay.  So then this information is basically what the

1:51 PM  22   person says about who -- what number they're using, in other

1:51 PM  23   words.

1:51 PM  24   A.   Correct.

1:51 PM  25   Q.   But it's different than the number associated with the

1:51 PM   1   application I take it.

1:51 PM   2   A.   Yes.

1:51 PM   3   Q.   Okay.  Now, the application claims that the gross revenue is

1:51 PM   4   $1,117,618, correct?

1:51 PM   5   A.   Yes.

1:51 PM   6   Q.   Am I correct that that is consistent with the amount in the

1:51 PM   7   2019 tax return that was received?

1:51 PM   8   A.   Yes.

1:51 PM   9   Q.   And drawing your attention again to 16 B, the notes or the

1:52 PM  10   log of the notes if you will; now, am I correct that the loan

1:52 PM  11   was originally denied because the SBA could not verify

1:52 PM  12   citizenship or permanent residency?

1:52 PM  13   A.   Correct.

1:52 PM  14   Q.   The loan application shows that the defendants were born in

1:52 PM  15   Venezuela; am I correct?

1:52 PM  16   A.   I believe so, yes.

1:52 PM  17   Q.   Okay.  They asked for reconsideration of that decision; am I

1:52 PM  18   right?

1:52 PM  19   A.   Correct.

1:53 PM  20   Q.   Now, I want to draw your attention again to 16 B.  This

1:53 PM  21   seems to confirm some sort of e-mail communications between the

1:53 PM  22   SBA and the applicants; am I understanding that correct?

1:53 PM  23   A.   Yes, it does.

1:53 PM  24   Q.   Okay.  And there's Mr. Saez's or what would purport to be

1:53 PM  25   Mr. Saez's e-mail here at Hotmail, right?

1:53 PM   1    A.  Yes.

1:53 PM   2    Q.  And there's another name here, Catuska Conde; am I right

1:53 PM   3    there?

1:53 PM   4    A.  Yes.

1:53 PM   5    Q.  So at this point does it appear that the SBA is

1:53 PM   6    communicating with both Mr. Saez and a second person about the

1:53 PM   7    loan?

1:54 PM   8    A.  We were communicating with the e-mail address of record.

1:54 PM   9    Q.  Right.

1:54 PM   10   A.  The display name doesn't always correspond with the e-mail.

1:54 PM   11   Q.  Well, we don't know what e-mail address is associated with

1:54 PM   12   Conde; am I right?

1:54 PM   13   A.  No.

1:54 PM   14   Q.  At least looking at this document we don't.  But when you

1:54 PM   15   look at it, it looks like an e-mail was sent to two persons.

1:54 PM   16   That's how it appears.

1:54 PM   17   A.  Yes.

1:54 PM   18   Q.  Okay.  Now, in addition to the copy of the tax return that

1:54 PM   19   was introduced into evidence, am I correct that the SBA also

1:54 PM   20   received in connection with this application -- I'm sorry, give

1:55 PM   21   me a moment please -- an IRS Form 4506 T?

1:55 PM   22   A.  Yes.

1:55 PM   23   Q.  Would you tell us what that is?

1:55 PM   24   A.  That is a form that an applicant submits to SBA to allow us

1:55 PM   25   to request tax transcripts directly from the IRS.

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

| | | |
|---|---|---|
| 1:55 PM | 1 | Q.  And that transcript allows you to verify whether they in |
| 1:55 PM | 2 | fact filed a tax return? |
| 1:55 PM | 3 | A.  Yes. |
| 1:55 PM | 4 | Q.  That was provided to the SBA, right? |
| 1:55 PM | 5 | A.  Correct. |
| 1:55 PM | 6 | Q.  Because the SBA may not want to rely solely on a copy of a |
| 1:55 PM | 7 | tax return that somebody provides to them, I take it? |
| 1:55 PM | 8 | A.  Correct. |
| 1:55 PM | 9 | Q.  Let me ask you this:  Am I correct that the SBA is the only |
| 1:55 PM | 10 | entity or lender, if you will, that receives and processes and |
| 1:55 PM | 11 | grants these EIDL loans? |
| 1:55 PM | 12 | A.  Correct. |
| 1:55 PM | 13 | Q.  There are no other lenders out there that operate on behalf |
| 1:56 PM | 14 | of the SBA or receive and grant these loans, right? |
| 1:56 PM | 15 | A.  No.  EIDL loans are direct loans from the government. |
| 1:56 PM | 16 | Q.  Okay.  So in this case, if you look at -- just above there, |
| 1:56 PM | 17 | the tax transcript following the receipt of the form which |
| 1:56 PM | 18 | authorizes the SBA to obtain it, the tax transcript was |
| 1:56 PM | 19 | received, right? |
| 1:56 PM | 20 | A.  Yes. |
| 1:56 PM | 21 | Q.  Now, the -- in this section above here in the same exhibit, |
| 1:56 PM | 22 | and for the record we're talking about 16 B, it says correction |
| 1:56 PM | 23 | application C O G S, which means cost of goods sold, right? |
| 1:56 PM | 24 | A.  Correct. |
| 1:57 PM | 25 | Q.  715,284 should be zero.  Then it goes on to say correction |

1:57 PM  1    application cost of goods sold, the acronym if you will,

1:57 PM  2    reaching out to applicant to see if they want to resize.  Do you

1:57 PM  3    see that?

1:57 PM  4    A.  Yes.

1:57 PM  5    Q.  So am I correct that at this point the SBA is now treating

1:57 PM  6    the application as if the cost of goods sold number put into the

1:57 PM  7    application is zero?

1:57 PM  8    A.  Correct.  We updated that number to match the tax

1:57 PM  9    transcript.

1:57 PM  10   Q.  Okay.  All right.  And that changed what the applicants

1:57 PM  11   could obtain in size or the amount of the loan?

1:57 PM  12   A.  Correct.

1:57 PM  13   Q.  Am I correct?  And that's what we mean when we say resize?

1:57 PM  14   A.  Right.  Yes.

1:58 PM  15   Q.  So was this loan originally for a lesser amount?

1:58 PM  16   A.  It would have been for a lesser amount, yes.

1:58 PM  17   Q.  Right.  So even though the application doesn't list an

1:58 PM  18   amount, you know based on how this operates that it was for a

1:58 PM  19   lesser amount, right?

1:58 PM  20   A.  Right.

1:58 PM  21   Q.  Okay.  And it was the SBA after recalculating, if you will,

1:58 PM  22   the cost of goods sold to zero, that the SBA determined that it

1:58 PM  23   would grant the larger loan; am I right?

1:58 PM  24   A.  Correct.

1:59 PM  25   Q.  Now, I want to ask you, the tax return for 2019 that was

| | | |
|---|---|---|
| 1:59 PM | 1 | received says that wages and salaries is zero, right? |
| 1:59 PM | 2 | A.   Yes. |
| 1:59 PM | 3 | Q.   So that basically says there are no employees, right? |
| 1:59 PM | 4 | A.   Yes. |
| 1:59 PM | 5 | Q.   And the -- I'm sorry.  I'm looking for a document that has |
| 1:59 PM | 6 | escaped me, but -- so I can remember it though.  I think.  So |
| 1:59 PM | 7 | I'll try.  I got it.  I got it.  Or you can put it here just in |
| 1:59 PM | 8 | case.  Thank you. |
| 2:00 PM | 9 | I apologize, Ms. Hobbie.  There's a lot of records and |
| 2:00 PM | 10 | documents in this case.  So am I understanding that the SBA |
| 2:00 PM | 11 | calculates the loan taking the revenue or the gross revenue less |
| 2:00 PM | 12 | the cost of goods sold and then divides it by two, right? |
| 2:00 PM | 13 | A.   Correct. |
| 2:00 PM | 14 | Q.   And in this case, considering that calculation, it treated |
| 2:00 PM | 15 | the application as a cost of goods sold as zero, right? |
| 2:00 PM | 16 | A.   Correct. |
| 2:00 PM | 17 | Q.   And cost of goods sold in this context, are we talking |
| 2:00 PM | 18 | basically about the expenses to operate the business? |
| 2:00 PM | 19 | A.   No, a lot of our applicants make that mistake.  But cost of |
| 2:00 PM | 20 | goods sold is actually something that's more of a manufacturing |
| 2:00 PM | 21 | concept than a service-based concept. |
| 2:00 PM | 22 | Q.   Because service companies, you know, lawyers, accountants, |
| 2:01 PM | 23 | doctors' offices don't really have a cost of goods sold, right? |
| 2:01 PM | 24 | From an accounting perspective? |
| 2:01 PM | 25 | A.   Generally, no. |

2:01 PM   1    Q.  Right.  It's an accounting concept that is used more with

2:01 PM   2    companies that produce items that you can touch and sell that

2:01 PM   3    are a little different, right?

2:01 PM   4    A.  Yes.

2:01 PM   5    Q.  But in any event, the applicant here appears to have treated

2:01 PM   6    the cost of goods sold as some representation of its expenses,

2:01 PM   7    right?

2:01 PM   8    A.  Apparently.  I would only be speculating.

2:01 PM   9    Q.  Well, I mean, you've looked at this file, right?

2:01 PM   10   A.  Yes.

2:01 PM   11   Q.  And --

2:01 PM   12       MS. SHAW:  Objection, calls for speculation.

2:01 PM   13       THE COURT:  What, she looked at this file?  She ought

2:01 PM   14   to know if she looked at the file.  That's the only question

2:01 PM   15   pending now.  Overruled.

2:01 PM   16       THE WITNESS:  I did look at the file, yes.

2:01 PM   17       BY MR. BELL:

2:01 PM   18   Q.  Right.  And you know the tax return has information in there

2:02 PM   19   about expenses as does the profit and loss statement for 2020

2:02 PM   20   that was submitted, correct?

2:02 PM   21   A.  Correct.

2:02 PM   22   Q.  But this is a service company where the term of art cost of

2:02 PM   23   goods sold really doesn't apply, right?

2:02 PM   24   A.  Correct.

2:02 PM   25   Q.  So therefore, the SBA granted the loan setting aside what

2:02 PM  1  the expenses might be, right?

2:02 PM  2  A.  Correct.

2:02 PM  3  Q.  So now -- the -- do you know whether the amount of the loan

2:02 PM  4  or the decision to grant the loan would have been different had

2:02 PM  5  the application said zero employees instead of four?

2:03 PM  6  A.  The number of employees was used to calculate advance

2:03 PM  7  eligibility.

2:03 PM  8  Q.  What does that mean?

2:03 PM  9  A.  So at the beginning of the program there was an EIDL advance

2:03 PM  10  program until those funds ran out and the calculation would have

2:03 PM  11  been the number of $1,000 per the number of employees up to

2:03 PM  12  $10,000 maximum.

2:03 PM  13  Q.  And did they obtain that here?

2:03 PM  14  A.  No.

2:03 PM  15  Q.  Okay.  So the number of employees then would have factored

2:03 PM  16  into that $10,000.  That really isn't something that was

2:03 PM  17  requested and provided, correct?

2:03 PM  18  A.  Correct.

2:03 PM  19  Q.  And the calculation in this particular loan really isn't

2:03 PM  20  based on the number of employees, right?

2:03 PM  21  A.  Correct.

2:03 PM  22  Q.  Okay.

2:04 PM  23        MR. BELL:  May I have a moment, Your Honor, to confer

2:04 PM  24  with counsel?  I may be almost done.

2:04 PM  25        THE COURT:  Yes.  Glad you didn't ask for a second

2:04 PM   1    again.

2:04 PM   2         MR. BELL:  Yes.  Well, I'm learning.

2:04 PM   3      BY MR. BELL:

2:05 PM   4    Q.  I want to draw your attention to again to Exhibit 16 A which

2:05 PM   5    is the application.  So here where it says owner, I'm sorry,

2:05 PM   6    owner two, it says Veronica on this page, right?

2:05 PM   7    A.  I believe so.  You've got it under the --

2:05 PM   8    Q.  Right.  And we're talking about Page 2 of the document; am I

2:05 PM   9    correct?

2:05 PM  10    A.  Yes.

2:05 PM  11    Q.  I'm sorry.  I'm a bit of a luddite.  I apologize.  So then

2:05 PM  12    up here whoever submitted the application misspelled her name,

2:05 PM  13    if you assume that her name is spelled R A M O S rather than Z;

2:05 PM  14    am I correct?

2:05 PM  15    A.  Can you lower that down slightly?  I can't see it.

2:05 PM  16    Q.  There you go.

2:06 PM  17    A.  Yes, it looks like it's spelled R A M O Z.

2:06 PM  18    Q.  So if we assumed, I take it you don't know Ms. Ramos?

2:06 PM  19    A.  Not personally.

2:06 PM  20    Q.  So you probably don't have any personal knowledge as to how

2:06 PM  21    she really spells her name, right?

2:06 PM  22    A.  No.

2:06 PM  23    Q.  So if we assume it's with an S, whoever submitted the

2:06 PM  24    application misspelled her own name or misspelled Ms. Ramos'

2:06 PM  25    name, right?

2:06 PM  1    A.  Right.

2:06 PM  2    Q.  Okay.

2:06 PM  3         MR. BELL:  Just one second to check one thing and we

2:06 PM  4    may be done, Judge.

2:06 PM  5         THE COURT:  Time's up.

2:07 PM  6         MR. BELL:  I asked the question.

2:07 PM  7         Thank you, Ms. Hobbie.  Thank you for your time.  Take

2:07 PM  8    care.

2:07 PM  9                         CROSS-EXAMINATION

2:07 PM  10

2:07 PM  11   BY MR. CRUZ:

2:07 PM  12   Q.  Good afternoon.

2:07 PM  13   A.  Good afternoon.

2:07 PM  14   Q.  My name is Erick Cruz and I represent Veronica Ramos.  I

2:07 PM  15   just have a quick follow-up questions.  We talked about the use

2:07 PM  16   of the loan proceeds?

2:07 PM  17   A.  Yes.

2:07 PM  18   Q.  So when that money comes into the account, is there any

2:07 PM  19   restrictions?  Does it have to be placed, for example, in a

2:07 PM  20   savings account?  Can it be placed in an investment account?

2:07 PM  21   Are there any restrictions as to where it can be placed?

2:07 PM  22   A.  We would -- where it gets transferred we don't have any

2:07 PM  23   control over at the SBA.

2:07 PM  24   Q.  Okay.  But for example, if the money comes into the account

2:08 PM  25   and I want to put it in a savings or a checking account or an

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

2:08 PM 1    investment account, there's no restriction that's placed on

2:08 PM 2    where I can put that money, right?

2:08 PM 3    A.   There's not an explicit restriction.

2:08 PM 4    Q.   Okay.  And now just about the general eligibility or

2:08 PM 5    qualifications for the loan.  Is it permissible for the same

2:08 PM 6    owner -- let me just give you the example, it may be easier.  If

2:08 PM 7    an individual owns two corporations, two businesses, is that

2:08 PM 8    person allowed to submit two loans for each individual business?

2:08 PM 9    A.   Yes, they can submit two separate applications.

2:08 PM 10   Q.   Okay.  Under the name of the business.  So if I own A B C

2:09 PM 11   Corp, I can file an EIDL for A B C Corp, right?  And if I own X

2:09 PM 12   Y Z, I can also submit an EIDL loan for X Y Z.

2:09 PM 13   A.   Yes.

2:09 PM 14   Q.   Simultaneously, right?

2:09 PM 15   A.   Yes.

2:09 PM 16        MR. CRUZ:  All right.  I have nothing further.  Thank

2:09 PM 17   you.

2:09 PM 18        THE COURT:  Redirect.

2:09 PM 19        MS. SHAW:  Thank you, Your Honor.

2:09 PM 20                    REDIRECT EXAMINATION

2:09 PM 21   BY MS. SHAW:

2:09 PM 22   Q.   Good afternoon again, Ms. Hobbie.  Now you were asked some

2:09 PM 23   questions about the tax records.  Do you recall those questions?

2:09 PM 24   A.   Yes.

2:09 PM 25   Q.   Is the SBA relying upon the accuracy of what's contained in

2:09 PM   1    those tax records?

2:09 PM   2    A.   Yes.

2:09 PM   3    Q.   So if an individual included false information as a tax

2:10 PM   4    record, as long as that tax record was filed with the IRS, the

2:10 PM   5    SBA would have no idea of knowing about the accuracy of it?

2:10 PM   6    A.   Correct.

2:10 PM   7    Q.   Now, if the applicant made any false representations in the

2:10 PM   8    application, would that impact the loan?

2:10 PM   9    A.   Yes.

2:10 PM  10    Q.   So even if the SBA was relying upon gross revenues for the

2:10 PM  11    amount of the loan, if they had lied other places in their loan,

2:10 PM  12    would that also impact whether the SBA granted a loan?

2:10 PM  13    A.   Yes.

2:10 PM  14    Q.   Now, you were shown the comments in Government's Exhibit 16

2:10 PM  15    B and you were asked about a phone number.  Do you recall those

2:10 PM  16    questions?

2:10 PM  17    A.   Yes.

2:10 PM  18    Q.   Now, I want to show you on Page 2 of Government's Exhibit 16

2:11 PM  19    B another comment.  Now we see a comment on May 25, 2021 at 4:00

2:11 PM  20    p.m.?

2:11 PM  21    A.   Yes.

2:11 PM  22    Q.   Can you read this comment please?

2:11 PM  23    A.   Veronica Ramos called regarding status.  Advised to log in

2:11 PM  24    to account Doralchic@gmail.com and sign pending docs in system

2:11 PM  25    since April 2019 and to submit for processing.

2:11 PM   1   Q.  And we discussed that that date's probably a typo.

2:11 PM   2   A.  Correct.

2:11 PM   3   Q.  Now, when we're talking about account Doralchic@gmail.com,

2:11 PM   4   what account is that referring to?

2:11 PM   5   A.  That's referring to the e-mail account associated with that

2:11 PM   6   particular owner.

2:11 PM   7   Q.  And are the documents sent to that account with that e-mail?

2:11 PM   8   Is that where they're located?

2:11 PM   9   A.  The invitation would be sent to that.  The documents are

2:11 PM   10  located on the portal.

2:12 PM   11  Q.  Okay.  So anybody who needed to access the portal would need

2:12 PM   12  the login information, correct?

2:12 PM   13  A.  Correct.

2:12 PM   14  Q.  And the login information goes back to the account

2:12 PM   15  Doralchic@gmail.com?

2:12 PM   16  A.  Yes.

2:12 PM   17  Q.  So if you forgot your password, what e-mail would you need

2:12 PM   18  to send it to?

2:12 PM   19  A.  Correct.

2:12 PM   20  Q.  To this Doral Chic one?

2:12 PM   21  A.  Correct.

2:12 PM   22  Q.  Okay.  And now you were also asked about the comment

2:12 PM   23  relating to the customers being asked if they would resize the

2:12 PM   24  loan.  Do you remember those questions?

2:12 PM   25  A.  Yes.

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

2:12 PM  1   Q.  And ultimately what amount of loan did Defendants Ramos and

2:12 PM  2   Saez ask for?

2:12 PM  3   A.  $500,000.

2:12 PM  4   Q.  Was that the maximum amount of money they could get at the

2:12 PM  5   time?

2:12 PM  6   A.  Yes.

2:12 PM  7   Q.  And did they in fact receive $500,000?

2:12 PM  8   A.  Yes.

2:13 PM  9        MS. SHAW:  No further questions.  Thank you.

2:13 PM 10        THE COURT:  Thank you, ma'am.  You are excused.

2:13 PM 11        Please call your next witness.

2:13 PM 12        (Testimony concluded)

2:13 PM 13                    * * * * *

2:13 PM 14              C E R T I F I C A T E
2:13 PM 15   I certify that the foregoing is a correct transcript from the
             record of proceedings in the above-entitled matter.

2:13 PM 16   5/31/2022              /s/ Dawn M. Savino
             Date                   DAWN M. SAVINO, RPR

2:13 PM 17

2:13 PM 18                    I N D E X

2:13 PM 19                    WITNESSES

2:13 PM 20   ALL WITNESSES:                        PAGE:

2:13 PM 21   For Government:

2:13 PM 22     Nora Hobbie:
                 Direct Examination by Ms. Shaw        2:16
2:13 PM 23       Cross-Examination by Mr. Bell        41:19
                 Cross-Examination by Mr. Cruz        53:9
2:13 PM 24       Redirect Examination by Ms. Shaw     54:20

2:13 PM 25

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**